IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-565 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER A. COONS, | ) | |
| Individually and in his official capacity, | ) | |
| GUY H. SAPP, individually and in his | ) | |
| official capacity; and NEW CASTLE COUNTY, | ) | |
| a municipal corporation. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties, that Defendants, Christopher A. Coons, Guy H. Sapp, and New Castle County be granted a 30 day extension in which to file their first responsive pleading in the above captioned matter. Defendants' response will be file on or before Thursday, September 29, 2005.

_____
Jeffrey K. Martin , Esq.(I.D. #2407)
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680

_____
Gregg E. Wilson (#85)
County Attorney
87 Reads Way
New Castle, DE 19709
302-395-5130

IT IS SO ORDERED this _____ day of _____, 2005.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 05-565 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER A. COONS, | ) | |
| Individually and in his official capacity, | ) | |
| GUY H. SAPP, individually and in his | ) | |
| official capacity; and NEW CASTLE COUNTY, | ) | |
| a municipal corporation. | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, Gregg E. Wilson, Esquire, hereby certify that on this 12th day of August, 2005, I have caused two (2) true and correct copies of the foregoing Stipulation to be served upon Plaintiff by U.S. regular mail to counsel at the following address:

    Jeffrey K. Martin, Esquire
    1509 Gilpin Avenue
    Wilmington, DE 19806

                            NEW CASTLE COUNTY LAW DEPT.

                            /s/ Gregg E. Wilson
                            Gregg E. Wilson (# 85)
                            87 Reads Way
                            New Castle, DE 19720
                            302-395-5130

Dated: August 12, 2005