IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Assistant County Attorney, Michele D. Allen on behalf of Defendants Christopher Coons in his official capacity as County Executive of New Castle County, New Castle County, Guy H. Sapp in his official capacity, and New Castle County, a municipal corporation.

       /s/    *Michele D. Allen*
MICHELE D. ALLEN,
Assistant County Attorney
(Delaware Bar No. 4359)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
Telephone: (302)395-5130

DATED: November 22, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, | : | |
| individually and in his official capacity; | : | |
| GUY H. SAPP, individually and in his | : | |
| official capacity; and NEW CASTLE | : | |
| COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Michele D. Allen, Assistant County Attorney hereby certify that on November 22, 2005, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

/s/   *Michele D. Allen*
MICHELE D. ALLEN,
Assistant County Attorney
(Delaware Bar No. 4359)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
Telephone: (302)395-5130