IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORPORAL TRINIDAD NAVARRO,     :

                :

           Plaintiff,     :     C.A. No. 05-565 GMS

                :

          v.        :     JURY TRIAL DEMANDED

                :

CHRISTOPHER A. COONS,     :

individually and in his official capacity;  :

GUY H. SAPP, individually and in his  :

official capacity; and NEW CASTLE  :

COUNTY, a municipal corporation,  :

                :

         Defendants.     :

## ENTRY OF APPEARANCE

Please enter the appearance of First Assistant County Attorney, Judith A. Hildick on behalf of Defendants Christopher Coons in his official capacity as County Executive of New Castle County, New Castle County, Guy H. Sapp in his official capacity, and New Castle County, a municipal corporation.

                   /s/    *Judith A. Hildick*

                  JUDITH A. HILDICK,

                  First Assistant County Attorney

                  (Delaware Bar No. 3244)

                  New Castle County Law Department

                  87 Reads Way

                  New Castle, DE 19720

                  Telephone: (302)395-5130

DATED: November 22, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORPORAL TRINIDAD NAVARRO,    :
    :
    Plaintiff,    :    C.A. No. 05-565 GMS
    :
    v.    :    JURY TRIAL DEMANDED
    :
CHRISTOPHER A. COONS,    :
individually and in his official capacity;    :
GUY H. SAPP, individually and in his    :
official capacity; and NEW CASTLE    :
COUNTY, a municipal corporation,    :
    :
    Defendants.    :

## CERTIFICATE OF SERVICE

I, Judith A. Hildick, First Assistant County Attorney hereby certify that on November 22, 2005, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806
>
> Jeffrey S. Goddess, Esquire
> Rosenthal, Monhait, Gross & Goddess
> 919 Market Street, Suite 1401
> P.O. Box 1070
> Wilmington, DE 19899-1070

>     /s/    *Judith A. Hildick*
> JUDITH A. HILDICK,
> First Assistant County Attorney
> (Delaware Bar No. 3244)
> New Castle County Law Department
> 87 Reads Way
> New Castle, DE 19720
> Telephone: (302)395-5130