IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO,    :<br>                                                         :<br>         Plaintiff,                             :         C.A. No. 05-565 GMS<br>                                                         :<br>     v.                                             :         JURY TRIAL DEMANDED<br>                                                         :<br>CHRISTOPHER A. COONS,            :<br>individually and in his official capacity; :<br>GUY H. SAPP, individually and in his   :<br>official capacity; and NEW CASTLE    :<br>COUNTY, a municipal corporation,    :<br>                                                         :<br>         Defendants.                        : | |

## NOTICE OF SERVICE

I, Michele D. Allen, Assistant County Attorney, hereby certify that on December 13, 2005, have caused two (2) true and correct copies of Defendants' Rule 26 Disclosures to be delivered by U.S. first class mail, postage prepaid to counsel at the following address:

> Jeffrey K. Martin, Esquire
> Margolis & Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

I further certify that I electronically filed the Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel as listed above.

> /s/   *Michele D. Allen*
> Michele D. Allen (I.D. # 4359)
> Judith A. Hildick (I.D. # 3244)
> Megan Sanfrancesco (I.D. #3801)
> New Castle County Law Department
> 87 Reads Way
> New Castle, DE 19707
> (302) 395-5130
> *Attorneys for Defendant New Castle County*