IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation,<br><br>Defendant. | :<br>:<br>:<br>:  C.A. No. 05-565 (GMS)<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Jeffrey K. Martin the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Pre-Discovery Disclosures* were sent via U.S. Mail postage pre-paid on December 13, 2005 to the following:

Jeffrey S. Goddess, Esquire
Norman M. Monhait, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070

Michele D. Allen, Esquire
Judith A. Hidlick, Esquire
Megan Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19707

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(303) 777-4682 fax
jmartin@margolisedelstein.com
Attorney for Plaintiff

Dated: December 13, 2005