IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, :<br>:<br>Plaintiff, :<br>:<br>:<br>v. :<br>:<br>:<br>CHRISTOPHER A. COONS, :<br>individually and in his official capacity; :<br>GUY H. SAPP, individually and in his :<br>official capacity; and NEW CASTLE :<br>COUNTY, a municipal corporation, :<br>:<br>Defendant. :<br>: | C.A. No. 05-565 (GMS)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Jeffrey K. Martin, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing ***Plaintiff's First Set of Interrogatories Directed to Defendant Guy H. Sapp*** and ***Certificate of Service*** were sent via U.S. Mail postage pre-paid on February 17, 2006 to the following:

Jeffrey S. Goddess, Esquire
Norman M. Monhait, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070

Michele D. Allen, Esquire
Judith A. Hidlick, Esquire
Megan Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way New Castle, DE 19707

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE 19806