IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, : <br> : <br> Plaintiff, : <br> : C.A. No. 05-565 (GMS) <br> v. : <br> : JURY TRIAL DEMANDED <br> CHRISTOPHER A. COONS, : <br> individually and in his official capacity; : <br> GUY H. SAPP, individually and in his : <br> official capacity; and NEW CASTLE : <br> COUNTY, a municipal corporation, : <br> : <br> Defendant. : <br> : | |

## NOTICE OF SERVICE

I, Jeffrey K. Martin, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing ***Plaintiff's First Request for Production of Documents Directed to Defendant, New Castle County*** and ***Certificate of Service*** were sent via U.S. Mail postage pre-paid on February 14, 2006 to the following:

Jeffrey S. Goddess, Esquire  
Norman M. Monhait, Esquire  
Rosenthal, Monhait, Gross & Goddess, P.A.  
Suite 1401, 919 Market Street  
P.O. Box 1070  
Wilmington, DE 19899-1070  

Michele D. Allen, Esquire  
Judith A. Hidlick, Esquire  
Megan Sanfrancesco, Esquire  
New Castle County Law Department  
87 Reads Way New Castle, DE 19707  

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE 19806