IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Assistant County Attorney Michele D. Allen and continue the appearances of County Attorney Gregg E. Wilson and First Assistant County Attorneys Megan Sanfrancesco and Judith A. Hildick as attorneys for the Defendants.

NEW CASTLE COUNTY LAW DEPARTMENT

/s/ Gregg E. Wilson
GREGG E. WILSON
County Attorney
(I.D. No. 85)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302)395-5130

/s/ Michele D. Allen
MICHELE D. ALLEN
Assistant County Attorney
(I.D. No. 4359)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302)395-5130

/s/ Megan Sanfrancesco
MEGAN SANFRANCESCO
(I.D. No.3801)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302)395-5130

/s/ Judith A. Hildick
JUDITH A. HILDICK
(I.D. No. 3244)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302)395-5130

DATED: February 22, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, | : |
| Plaintiff, | : C.A. No. 05-565 GMS |
| v. | : JURY TRIAL DEMANDED |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Michele D. Allen, Assistant County Attorney hereby certify that on February 22, 2006, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Jeffrey K. Martin, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

    Jeffrey S. Goddess, Esquire
    Rosenthal, Monhait, Gross & Goddess
    919 Market Street, Suite 1401
    P.O. Box 1070
    Wilmington, DE 19899-1070

        /s/   *Michele D. Allen*
    MICHELE D. ALLEN,
    Assistant County Attorney
    (Delaware Bar No. 4359)
    New Castle County Law Department
    87 Reads Way
    New Castle, DE 19720
    Telephone: (302)395-5130