IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2006, I caused two copies of the foregoing Defendants' First Request for Production of Documents Directed to Plaintiff to be served on his counsel at the address below via first class mail, postage prepaid:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

NEW CASTLE COUNTY LAW DEPARTMENT

/s/ Michele D. Allen

MEGAN SANFRANCESCO
First Assistant County Attorney (I.D. #3801)
JUDITH A. HILDICK
First Assistant County Attorney (I.D. #3244)
MICHELE D. ALLEN
Assistant County Attorney (I.D. #4359)
87 Reads Way, New Castle, DE 19720
(302) 395-5130