IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-565 (GMS) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| CHRISTOPHER A. COONS, | : |
| individually and in his official capacity; | : |
| GUY H. SAPP, individually and in his | : |
| official capacity; and NEW CASTLE | : |
| COUNTY, a municipal corporation, | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF DEPOSITION OF GUY H. SAPP

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Trinidad Navarro ("Plaintiff"), by and through his undersigned attorneys, will take the deposition of Guy H. Sapp by oral testimony before an officer duly authorized to administer an oath, commencing on Thursday, April 20, 2006, beginning at 10:00 a.m., at the offices of Margolis Edelstein, 1509 Gilpin Avenue, Wilmington, DE 19806. The deposition shall continue thereafter until terminated by counsel for the Plaintiff. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
Attorneys for Plaintiffs

Dated: March 8, 2006
CC: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-565 (GMS) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| CHRISTOPHER A. COONS, | : |
| individually and in his official capacity; | : |
| GUY H. SAPP, individually and in his | : |
| official capacity; and NEW CASTLE | : |
| COUNTY, a municipal corporation, | : |
| | : |
| Defendant. | : |
| | : |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that two (2) true and correct copies of the *Notice of Deposition of Guy H. Sapp* were sent by U.S. Mail, First Class, postage prepaid, on March 8, 2006 to the following:

| | |
|---|---|
| Jeffrey S. Goddess, Esquire<br>Norman M. Monhait, Esquire<br>Rosenthal, Monhait, Gross & Goddess, P.A.<br>Suite 1401, 919 Market Street<br>P.O. Box 1070<br>Wilmington, DE 19899-1070 | Michele D. Allen, Esquire<br>Judith A. Hidlick, Esquire<br>Megan Sanfrancesco, Esquire<br>New Castle County Law Department<br>87 Reads Way New Castle, DE 19707 |

MARGOLIS EDELSTEIN

/s/ Jeffrey K. Martin
_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
Attorneys for Plaintiff