IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

**RE-NOTICE OF DEPOSITION OF PLAINTIFF, TRINIDAD NAVARRO**

TO:   Jeffrey K. Martin, Esquire
      Margolis and Edelstien
      1509 Gilpin Avenue
      Wilmington, DE 19806

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, by and through their undersigned attorneys will take the deposition of Plaintiff Trinidad Navarro on Wednesday, April 19, 2006 at 11:00 a.m. at the New Castle County Law Department located at the New Castle County Government Center, 87 Reads Way, New Castle, DE 19720. The deposition shall continue thereafter until terminated by counsel for the Defendants. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public

or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

NEW CASTLE COUNTY LAW DEPARTMENT

/s/ *Megan Sanfrancesco*
Megan Sanfrancesco, First Assistant County Attorney
(DE Bar I.D. #3801)
Michele D. Allen, Assistant County Attorney
(DE Bar I.D. #4359)
Judith A. Hildick, First Assistant County Attorney
(DE Bar I.D. #3244)
Gregg E. Wilson, County Attorney
(DE Bar I.D. #85)
87 Reads Way, New Castle, DE 19720
Tel: (302)395-5130

And

/s/ *Jeffrey S. Goddess*
Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070

*Attorneys for Defendants*

DATED: March 28, 2006

cc: Wilcox & Fetzer

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, | : |
| | : |
| Plaintiff, | : C.A. No. 05-565 GMS |
| | : |
| v. | : JURY TRIAL DEMANDED |
| | : |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : : : : : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2006, the foregoing Re-Notice of Deposition of Plaintiff Trinidad Navarro was delivered via electronic filing and U.S. First Class Mail, postage prepaid to counsel listed below:

> Jeffrey K. Martin, Esquire
> Margolis and Edelstien
> 1509 Gilpin Avenue
> Wilmington, DE 19806

> _/s/   Megan Sanfrancesco_
> Megan Sanfrancesco,
> First Assistant County Attorney
> (DE Bar I.D. #3801)
> Assistant County Attorney
> New Castle County – Office of Law
> 87 Reads Way
> New Castle, DE 19720
> Telephone (302)395-5130