IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, : <br> : <br> Plaintiff, : <br> : C.A. No. 05-565 (GMS) <br> v. : <br> : JURY TRIAL DEMANDED <br> CHRISTOPHER A. COONS, : <br> individually and in his official capacity; : <br> GUY H. SAPP, individually and in his : <br> official capacity; and NEW CASTLE : <br> COUNTY, a municipal corporation, : <br> : <br> Defendant. : <br> : | |

**NOTICE OF SERVICE**

I, Jeffrey K. Martin, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing ***Plaintiff's Second Request for Production of Documents Directed to Defendant, New Castle County*** and ***Certificate of Service*** were sent via U.S. Mail postage pre-paid on March 29, 2006 to the following:

Jeffrey S. Goddess, Esquire
Norman M. Monhait, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070

Michele D. Allen, Esquire
Judith A. Hidlick, Esquire
Megan Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way New Castle, DE 19707

MARGOLIS EDELSTEIN

_/s/ L. Oden for Jeffrey K. Martin_
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE 19806