IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-565 (GMS) |
| ) | |
| CHRISTOPHER A. COONS, ) | |
| individually and in his official ) | |
| capacity; GUY H. SAPP, individually ) | |
| and in his official capacity; and ) | |
| NEW CASTLE COUNTY, a ) | |
| municipal corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that two copies of the Answers Of Defendant Guy H. Sapp To Plaintiff's First Set Of Interrogatories and the Answers Of Defendnat Christopher A. Coons To Plaintiff's First Set Of Interrogatories, along with this Notice Of Service, were served on April 5, 2006, as follows:

### VIA E-MAIL/FIRST CLASS MAIL

Jeffrey K. Martin, Esquire
Timothy J. Wilson, Esquire
Keri L. Morris, Esquire
1509 Gilpin Avenue
Wilmington, DE 19806

Megan Sanfrancesco, Esquire
Judith A. Hildick, Esquire
Michele Allen, Esquire
New Castle County Law Dept.
87 Reads Way
New Castle, DE 19720

_____
JEFFREY S. GODDESS (DSBA #630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
  Attorneys for Defendants Christopher A. Coons and Guy H. Sapp

## CERTIFICATE OF SERVICE

I, Jeffrey S. Goddess, do hereby certify that on April 5, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants, including:

> Jeffrey K. Martin, Esquire
> Timothy J. Wilson, Esquire
> Keri L. Morris, Esquire
> 1509 Gilpin Avenue
> Wilmington, DE 19806
>  Attorneys for Plaintiff
>
> Megan Sanfrancesco, Esquire
> Judith A. Hildick, Esquire
> Michele Allen, Esquire
> New Castle County Law Department
> 87 Reads Way
> New Castle, DE 19720
>   Attorneys for New Castle County

JEFFREY S. GODDESS (Del. Bar No. 630)
Rosenthal, Monhait, Gross & Goddess, P.A.
(302) 656-4433
jgoddess@rmgglaw.com