IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, | ) C.A. No. 05-565 (GMS) |
| | ) |
| Plaintiff, | ) |
| | ) Jury Trial Demanded |
| v. | ) |
| | ) |
| CHRISTOPHER A. COONS, | ) |
| individually and in his official capacity; | ) |
| GUY H. SAPP, individually and in his | ) |
| official capacity; and NEW CASTLE | ) |
| COUNTY, a municipal corporation, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Michele D. Allen, the undersigned Counsel for Defendant in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing Defendant New Castle County's Second Response to Plaintiff's First Request for Production of Documents and Certificate of Service were hand delivered on April 6, 2006 to the following:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

/s/ *Michele D. Allen*
MICHELE D. ALLEN, Assistant County Attorney (#4359)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302) 395-5130