IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, | ) C.A. No. 05-565 (GMS) |
| | ) |
| Plaintiff, | ) |
| | ) Jury Trial Demanded |
| v. | ) |
| | ) |
| CHRISTOPHER A. COONS, | ) |
| individually and in his official capacity; | ) |
| GUY H. SAPP, individually and in his | ) |
| official capacity; and NEW CASTLE | ) |
| COUNTY, a municipal corporation, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Michele D. Allen, the undersigned Counsel for Defendant in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing Defendant New Castle County's Response to Plaintiff's First Set of Interrogatories and Certificate of Service were hand delivered on April 6, 2006 to the following:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806
>
> Jeffrey S. Goddess, Esquire
> Rosenthal, Monhait, Gross & Goddess
> 919 Market Street, Suite 1401
> P.O. Box 1070
> Wilmington, DE 19899-1070

> /s/ *Michele D. Allen*
> MICHELE D. ALLEN, Assistant County Attorney (#4359)
> New Castle County Law Department
> 87 Reads Way
> New Castle, DE 19720
> (302) 395-5130