IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION FOR EXTENSION OF TIME**

According to the Court's December 8, 2005 Scheduling Order (D.I. 14), fact discovery is to end on May 1, 2006, expert reports are due on May 31 and June 30, 2006, with expert discovery concluding August 14, 2006; and case dispositive motions are to be filed on or before May 15, 2006.

Counsel have been working diligently to conduct discovery in this matter. Voluminous documents have been produced and production is ongoing. Depositions have been taken and more are scheduled. However, due to the trial schedules of counsel, the need for supplemental personnel to address document production requests, and the need to depose numerous government officials and witnesses, counsel will be unable to meet the above deadlines and respectfully request that these deadlines be extended.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel, that the above deadlines be extended as follows: the fact discovery deadline will be extended to July 1, 2006, expert discovery shall be extended to July 31, 2006 (Plaintiff) and August 31, 2006 (Defendant), the completion of expert discovery shall be extended to September 14, 2006, and the case dispositive motion deadline shall be extended to July 17, 2006.

Dated: April 11, 2006

/s/ Jeffrey K. Martin
Jeffrey K. Martin, Esquire (I.D. No. 2407)
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
*Attorney for Plaintiff Trinidad Navarro*


/s/ Michele D. Allen
Michele D. Allen, Esquire (I.D. No. 4359)
Judith A. Hildick, Esquire (I.D. No. 3244)
Megan K. Sanfrancesco, Esquire (I.D. No. 3801)
New Castle County Law Department
87 Reads Way
New Castle County, Delaware 19720
(302) 395-5130
*Attorneys for Defendant New Castle County*


/s/ Jeffrey S. Goddess
Jeffrey S. Goddess, Esquire (I.D. No. 630)
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
*Attorney for Defendants Christopher A. Coons and Guy H. Sapp*


IT IS SO ORDERED this _____ day of _____, 2006.

_____
THE HONORABLE GREGORY M. SLEET