IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> CHRISTOPHER A. COONS, : <br> individually and in his official capacity; : <br> GUY H. SAPP, individually and in his : <br> official capacity; and NEW CASTLE : <br> COUNTY, a municipal corporation, : <br> : <br> **Defendant.** : <br> : | C.A. No. 05-565 (GMS) <br><br> JURY TRIAL DEMANDED |

### NOTICE OF DEPOSITION OF GUY H. SAPP

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Trinidad Navarro ("Plaintiff"), by and through his undersigned attorneys, will take the deposition of Guy H. Sapp by oral testimony before an officer duly authorized to administer an oath, commencing on **Wednesday May 31, 2006 beginning at 1:00 p.m.** at the offices of Margolis Edelstein, 1509 Gilpin Avenue, Wilmington, DE 19806. The deposition shall continue thereafter until terminated by counsel for the Plaintiff. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
Attorney for Plaintiff

Dated: April 19, 2006
CC: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-565 (GMS) |
| | : JURY TRIAL DEMANDED |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that two (2) true and correct copies of the *Notice of Deposition of Guy H. Sapp* were sent by U.S. Mail, First Class, postage prepaid, April 19, 2006 to the following:

Jeffrey S. Goddess, Esquire
Norman M. Monhait, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070

Michele D. Allen, Esquire
Judith A. Hidlick, Esquire
Megan Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way New Castle, DE 19707

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
Attorney for Plaintiff