| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, : | |
| : | |
| Plaintiff, : | C.A. No. 05-565 GMS |
| : | |
| v. : | JURY TRIAL DEMANDED |
| : | |
| CHRISTOPHER A. COONS, : | |
| individually and in his official capacity; : | |
| GUY H. SAPP, individually and in his : | |
| official capacity; and NEW CASTLE : | |
| COUNTY, a municipal corporation, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2006, the foregoing Re-Notice of Deposition of Plaintiff Trinidad Navarro was delivered via electronic filing and was sent via U.S. First Class Mail on May 16, 2006, postage prepaid to counsel listed below:

> Jeffrey K. Martin, Esquire
> Margolis and Edelstien
> 1509 Gilpin Avenue
> Wilmington, DE 19806

> /s/   *Megan Sanfrancesco*
> Megan Sanfrancesco,
> First Assistant County Attorney
> (DE Bar I.D. #3801)
> Assistant County Attorney
> New Castle County – Office of Law
> 87 Reads Way
> New Castle, DE 19720
> Telephone (302)395-5130