IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-565 (GMS) |
| | ) |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the individuals listed below to be held on Tuesday, June 20, 2006 in the offices of Rosenthal, Monhait & Goddess, P.A., Suite 1401, 919 Market Street, Wilmington, DE 19801, as follows:

    Major Stewart Snyder   -   10:00 a.m.

    Lt. Robert Schreiber[1]   -   11:00 a.m.

_____
JEFFREY S. GODDESS (DSBA #630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
  Attorneys for Defendants Christopher A. Coons and Guy H. Sapp

---

[1] The deposition of Lt. Schreiber will be *duces tecum* all minutes and records of Fraternal Order of Police New Castle Lodge No. 5, its Rules Committee or any other committee thereof, concerning the presentation of a May 3, 2005 memorandum requesting assistance and a July 5, 2005 memorandum requesting funding, as well as any discussion, deliberation and resolution on those memoranda.

## **CERTIFICATE OF SERVICE**

I, Jeffrey S. Goddess, do hereby certify that on June 7, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants, including:

> Jeffrey K. Martin, Esquire
> Timothy J. Wilson, Esquire
> 1509 Gilpin Avenue
> Wilmington, DE 19806
>   Attorneys for Plaintiff

> Megan Sanfrancesco, Esquire
> Judith A. Hildick, Esquire
> Michele Allen, Esquire
> New Castle County Law Department
> 87 Reads Way
> New Castle, DE 19720
>    Attorneys for New Castle County

_____
JEFFREY S. GODDESS (Del. Bar No. 630)
Rosenthal, Monhait & Goddess, P.A.
(302) 656-4433
jgoddess@rmgglaw.com