IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER A. COONS, ) <br> individually and in his official ) <br> capacity; GUY H. SAPP, individually ) <br> and in his official capacity; and ) <br> NEW CASTLE COUNTY, a ) <br> municipal corporation, ) <br> ) <br> Defendants. ) | C.A. No. 05-565 (GMS) |

**NOTICE (AND RE-NOTICE) OF DEPOSITIONS**

PLEASE TAKE NOTICE that the depositions previously noticed for Tuesday, June 20, 2006, are cancelled.

PLEASE TAKE FURTHER NOTICE that the undersigned will take the oral deposition of the individuals listed below to be held on Wednesday, June 28, 2006 in the offices of Rosenthal, Monhait & Goddess, P.A., Suite 1401, 919 Market Street, Wilmington, DE 19801, as follows:

    Major Stewart Snyder    -    1:30 p.m.

    Sgt. Robert Schlecker[1]    -    2:30 p.m.

/s/ Jeffrey S. Goddess
_____
JEFFREY S. GODDESS (DSBA #630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899
(302) 656-4433
Attorneys for Defendants Christopher A. Coons
and Guy H. Sapp

---

[1] The deposition of Sgt. Schlecker will be *duces tecum* all minutes and records of Fraternal Order of Police New Castle Lodge No. 5, its Rules Committee or any other committee thereof, concerning the presentation of a May 3, 2005 memorandum requesting assistance and a July 5, 2005 memorandum requesting funding, as well as any discussion, deliberation and resolution on those memoranda.

## CERTIFICATE OF SERVICE

I, Jeffrey S. Goddess, do hereby certify that on June 15, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants, including:

> Jeffrey K. Martin, Esquire
> Timothy J. Wilson, Esquire
> 1509 Gilpin Avenue
> Wilmington, DE 19806
>  Attorneys for Plaintiff
>
> Megan Sanfrancesco, Esquire
> Judith A. Hildick, Esquire
> Michele Allen, Esquire
> New Castle County Law Department
> 87 Reads Way
> New Castle, DE 19720
>   Attorneys for New Castle County

_____
JEFFREY S. GODDESS (Del. Bar No. 630)
Rosenthal, Monhait & Goddess, P.A.
(302) 656-4433
jgoddess@rmgglaw.com