ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

July 5, 2006

**VIA ELECTRONIC FILING**

Honorary Gregory M. Sleet
United States District Judge
U.S. District Court for the District of Delaware
844 North King Street, Room 4234
Wilmington, Delaware 19801

    RE: **Navarro v. Coons et al.;**
           **C.A. No. 05-565 GMS**

Dear Judge Sleet:

    A discovery teleconference has been set with Your Honor for Friday, July 7, 2006 at 11:00 a.m. It does not concern issues in dispute between the parties. Rather, the issues are between the defendants, some of whom I represent, and a third-party witness, – a Fraternal Order of Police vice president – represented by Ronald Stoner.

    The issues concern the witness' objection to a subpoena *duces tecum* (D.I. 56) on the claimed basis of privilege.

                                      Respectfully yours,

                                      Jeffrey S. Goddess (Del. Bar No. 630)

JSG/cmw
cc: Clerk, U.S. District Court
      Ronald L. Stoner, Esquire (Via e-mail)
      Jeffrey K. Martin, Esquire (Via e-file)
      Megan Sanfrancesco, Esquire (Via e-file)