UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORPORAL TRINIDAD NAVARRO,    :
                              :
            Plaintiff,        :    C.A. No. 05-565 GMS
                              :
        v.                    :    JURY TRIAL DEMANDED
                              :
CHRISTOPHER A. COONS,         :
individually and in his official capacity;   :
GUY H. SAPP, individually and in his   :
official capacity; and NEW CASTLE   :
COUNTY, a municipal corporation,   :
                              :
            Defendants.       :

## DEFENDANTS, CHRISTOPHER A COONS, GUY H. SAPP AND NEW CASTLE COUNTY'S MOTION FOR SUMMARY JUDGMENT

Defendants, Christopher A. Coons, Guy H. Sapp and New Castle County, through their undersigned counsel, respectfully move for summary judgment on all counts of the Complaint of Plaintiff Trinidad Navarro. The grounds for this Motion are set forth in the Opening Brief in Support of Defendants Motion for Summary Judgment, which is filed separately.

Respectfully submitted,

Dated:  July 17, 2006

_____ /s/  Michele D. Allen
Michelle D. Allen, (I.D. #4359)
Assistant County Attorney
Judith A. Hildick (I.D. #3244)
First Assistant County Attorney
Megan Sanfrancesco (I.D. #3801)
First Assistant County Attorney
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
*Attorneys for Defendants Christopher A. Coons and Guy H. Sapp in their official capacities and New Castle County*

And

Jeffrey S. Goddess, Esquire (I.D. #630)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
*Attorney for Christopher A. Coons and Guy H. Sapp*
*in their individual capacities*