UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, : | |
| : | |
| Plaintiff, : | C.A. No. 05-565 GMS |
| : | |
| v. : | JURY TRIAL DEMANDED |
| : | |
| CHRISTOPHER A. COONS, : | |
| individually and in his official capacity; : | |
| GUY H. SAPP, individually and in his : | |
| official capacity; and NEW CASTLE : | |
| COUNTY, a municipal corporation, : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, Michele D. Allen, Assistant County Attorney hereby certify that on July 17, 2006, I electronically filed the foregoing Defendants' Motion for Summary Judgment and Opening Brief in Support thereof with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Jeffrey K. Martin, Esquire
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806
>
> Jeffrey S. Goddess, Esquire
> Rosenthal, Monhait, Gross & Goddess
> 919 Market Street, Suite 1401
> P.O. Box 1070
> Wilmington, DE 19899-1070

>           /s/   *Michele D. Allen*
> MICHELE D. ALLEN,
> Assistant County Attorney
> (Delaware Bar No. 4359)
> New Castle County Law Department
> 87 Reads Way
> New Castle, DE 19720
> Telephone: (302)395-5130