# EXHIBIT M

# NEW CASTLE COUNTY

# DIVISION OF POLICE

# MEMORANDUM

TO:     FOP Board of Directors

FROM:   Detective John Treadwell, Detective L. Rob Joseph, Ofc. Patricia Davies, Detective Joseph Trala, Cpl. Trinidad Navarro, Ofc. Wendi Feeser.

SUBJECT: Promotion delay

DATE:   May 3, 2005

---

We are officially seeking your assistance with determining the status of the Sergeant promotional opportunities. It is our understanding the FOP has a standing agreement with the Colonel regarding filling opening positions within 60 days of a vacancy. We would like to know two things. First, why haven't the recent openings been filled? Second, how many openings are currently available?

As you know, six sergeants have already been promoted from the current certified list. What action, if any, has the FOP made to ensure these positions are filled?

Margolis Edelstein
Navarro v. W.P.D
0013