# EXHIBIT N
# UNDER SEAL