IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORPORAL TRINIDAD NAVARRO,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **CHRISTOPHER A. COONS,** : <br> individually and in his official capacity; : <br> **GUY H. SAPP,** individually and in his : <br> official capacity; and **NEW CASTLE** : <br> **COUNTY,** a municipal corporation, : <br> : <br> **Defendant.** : | C.A. No. 05-565 (GMS) <br><br> JURY TRIAL DEMANDED |

## ORDER

Upon consideration of the Plaintiff's Motion for Leave to Amend the Complaint and any opposition thereto, it is this _____ day of _____, 2006,

ORDERED, that the Plaintiff's Motion for Leave to Amend the Complaint is hereby GRANTED.

_____
Judge Gregory M. Sleet
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE