# CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on August 2, 2006, I electronically filed the attached *Motion For Leave To Amend Complaint and Proposed Order* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jeffrey S. Goddess, Esquire
Norman M. Monhait, Esquire
Rosenthal, Monhait, Gross &
Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899-1070
*Attorneys for Defendants*
*Stephen A. Coons and Guy H. Sapp*

Michele D. Allen, Esquire
Judith A. Hidlick, Esquire
Megan Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19707
*Attorneys for Defendant*
*New Castle County*


　　　　　　　　　　　　　　　　　　/s/ Jeffrey K. Martin
　　　　　　　　　　　　　　　　　　Jeffrey K. Martin, Esquire (DE #2407)