IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, : | |
| : | |
| Plaintiff, : | C.A. No. 05-565 GMS |
| : | |
| v. : | JURY TRIAL DEMANDED |
| : | |
| CHRISTOPHER A. COONS, : | |
| individually and in his official capacity; : | |
| GUY H. SAPP, individually and in his : | |
| official capacity; and NEW CASTLE : | |
| COUNTY, a municipal corporation, : | |
| : | |
| Defendants. : | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2006 I caused two copies of the foregoing **Plaintiff's Response To Defendants' Opposition To Plaintiff's Motion To Amend Complaint** to be served via courier to the following:

Megan Sanfrancesco, Esquire
Judith A. Hildick, Esquire
Michele D. Allen, Esquire
NEW CASTLE COUNTY LAW
DEPARTMENT
87 Reads Way
New Castle, DE 19720

Jeffrey S. Goddess, Esquire
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

MARGOLIS EDELSTEIN

/s/Jeffrey K. Martin
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
Attorney for Plaintiff