IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-565-GMS |
| : | |
| CHRISTOPHER A. COONS, individually : | |
| and in his official capacity; GUY H. SAPP, : | |
| individually and in his official capacity; : | |
| and NEW CASTLE COUNTY, a : | |
| municipal corporation, : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **7th** day of **September, 2006**,

IT IS ORDERED that the mediation conference scheduled for Thursday, September 21, 2006 at 10:00 a.m. has been rescheduled to **Thursday, April 26, 2007 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Monday, April 16, 2007.** All other provisions of the Court's January 31, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE