Christopher A. Coons
County Executive



Gregg E. Wilson
County Attorney

OFFICE OF LAW

October 23, 2006

*Via Electronic Filing*
The Honorable Gregory M. Sleet
United States District Court for
   the District of Delaware
844 North King Street
Wilmington, DE 19801

      RE:   *Navarro v. Coons, et al.*
                *C.A. No. 05-565 (GMS)*

Dear Judge Sleet:

      Attached please find the Joint Proposed Pretrial Order for the above-captioned matter. Please note that at the time of filing, plaintiff did not provide a trial brief, verdict form, or jury instructions and as such, defendants were unable to review same and make appropriate objections. Therefore, defendants respectfully request the opportunity to supplement defense documents accompanying the Joint Proposed Pretrial Order in order to address any issues or objections related to Plaintiff's trial brief, jury instructions and verdict form prior to the pre-trial conference.

                                                 Respectfully,

                                                 Megan Sanfrancesco (#3801)
                                                 First Assistant County Attorney

MS/sld

cc:   Michele D. Allen, Assistant County Attorney
       Judith A. Hildick, First Assistant County Attorney
       Jeffrey S. Goddess, Esquire
       Jeffrey K. Martin, Esquire