Schedule (2)(c)(1)
Plaintiff's Exhibits

| Plaintiff's Exhibit No. | Description | Defendant's Basis for Objection | Plaintiff's Response to Objection |
|---|---|---|---|
| P1 | Letter from Patricia DiEmideo of Human Resources for NCC dated 8/25/1998 Bates No. D0491 | | |
| P2 | Directive 34- Promotions revised 01/01/2004 Marked as Exhibit M1 | | |
| P3 | Application for Employment, Promotion, Transfer and Demotion dated 7/12/2004 Bates No. D0392 | | |
| P4 | New Castle County Division of Police Memorandum dated 5/3/2005 Bates No. P0013 | | |
| P5 | Department of Police memorandum dated 5/10/2005 Bates No. P0001 | | |
| P6 | New Castle County Retreat Agenda dated 5/18/05 Marked as Exhibit L1 | Defense objection – F.R.E. 401, 402 | |
| P7 | FOP Memorandum dated 5/20/05 Bates No. P0002 | | |
| P8 | E-mail document from Allison Levine dated 6/24/2005 Bates No. D1275 -1276 | Defense objection – F.R.E. 401, 402 | |
| P9 | Memo from Guy Sapp dated 6/29/2005 Bates No. P0005 | | |
| P10 | Memorandum from Detective L. Rob Joseph dated 7/5/2005 Bates | Defense objection – F.R.E. 401, 402, and for reasons stated in Defendant's Motions in | |

| | No. P0012 | Limine. |
|---|---|---|
| P11 | Memorandum form Lt. Col. Scott McLaren dated 12/5/05 Bates No. D1061 - 1069 | Defense objection – F.R.E. 401, 402, and for reasons stated in Defendant's Motions in Limine. |