**Defendants' Schedule 2(i)(ii)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CORPORAL TRINIDAD NAVARRO,    :
    :
       Plaintiff,    :    C.A. No. 05-565 GMS
    :
       v.    :
    :
CHRISTOPHER A. COONS,    :
individually and in his official capacity;    :
GUY H. SAPP, individually and in his    :
official capacity; and NEW CASTLE    :
COUNTY, a municipal corporation,    :
    :
       Defendants.    :

## DEFENDANTS' PROPOSED VERDICT FORM[1]

1.    Do you find that plaintiff has proven by a preponderance of the evidence that a defendant took adverse action against him?

    (a)    Christopher A. Coons    Yes \_\_\_\_\_    No \_\_\_\_\_

    (b)    Guy H. Sapp    Yes \_\_\_\_\_    No \_\_\_\_\_

    *If you answered "Yes" to Question 1(a), proceed to question 2(a)*

    *If you answered "Yes" to Question 1(b), proceed to question 2(b)*

    *If you answered "No" to both questions 1(a) and 1(b), sign and date this verdict form below, and have the foreperson give the form to the Deputy Clerk.*

2.    Do you find that plaintiff has proven by a preponderance of the evidence that his protected speech under the First Amendment was a substantial or motivating factor in a defendant's decision to take adverse action against him?

    (a)    Christopher A. Coons    Yes \_\_\_\_\_    No \_\_\_\_\_

    (b)    Guy H. Sapp    Yes \_\_\_\_\_    No \_\_\_\_\_

---

1 Subject to change pending Court's ruling on Defendants' Motion for Summary Judgment.

*If you answered "Yes" to Question 2(a), proceed to question 3(a)*

*If you answered "Yes" to Question 2(b), proceed to question 3(b)*

*If you answered "No" to both questions 2(a) and 2(b), sign and date this verdict form below, and have the foreperson give the form to the Deputy Clerk.*

3. Do you find that defendants have proven by a preponderance of the evidence that they would have taken the same action even in the absence of plaintiff's exercise of his right to free speech?

   (a) Christopher A. Coons     Yes _____    No _____

   (b) Guy H. Sapp             Yes _____    No _____

*If you answered "Yes" to Question 3(a), proceed to question 4(a)*

*If you answered "Yes" to Question 3(b), proceed to question 4(b)*

*If you answered "No" to both questions 3(a) and 3(b), sign and date this verdict form below, and have the foreperson give the form to the Deputy Clerk.*

4. Was the adverse action taken against plaintiff by a defendant the proximate cause of any damage to him?

   (a) Christopher A. Coons     Yes _____    No _____

   (b) Guy H. Sapp             Yes _____    No _____

*If you answered "Yes" to Question 4(a), proceed to question 5(a)*

*If you answered "Yes" to Question 4(b), proceed to question 5(b)*

*If you answered "No" to both questions 4(a) and 4(b), sign and date this verdict form below, and have the foreperson give the form to the Deputy Clerk.*

5. What damages, if any, do you find that plaintiff suffered as a result of the adverse action taken against him?

(a) Lost earnings or other benefits _____

(b) Emotional distress or mental suffering damages _____

*Proceed to Question 6*

6.    If you find that Christopher A. Coons acted maliciously or wantonly with regard to plaintiff, what amount of punitive damages, if any, do you believe is appropriate?

Amount of punitive damages: _____

*Proceed to Question 7.*

7.    If you find that Guy H. Sapp acted maliciously or wantonly with regard to plaintiff, what amount of punitive damages, if any, do you believe is appropriate?

Amount of punitive damages: _____

*Sign and date this verdict form below, and have the foreperson give the form to the Deputy Clerk.*

## THE FOREGOING IS THE VERDICT OF THE JURY
## EACH JUROR MUST SIGN BELOW

_____          _____
FOREPERSON                        JUROR

_____          _____
JUROR                             JUROR

_____          _____
JUROR                             JUROR

_____          _____
JUROR                             JUROR

Dated: December ____, 2006