IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, : | |
| : | |
| Plaintiff, : | C.A. No. 05-565 GMS |
| : | |
| v. : | JURY TRIAL DEMANDED |
| : | |
| CHRISTOPHER A. COONS, : | |
| individually and in his official capacity; : | |
| GUY H. SAPP, individually and in his : | |
| official capacity; and NEW CASTLE : | |
| COUNTY, a municipal corporation, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Michele D. Allen, Assistant County Attorney hereby certify that on October 23, 2006, I electronically filed the foregoing Joint Proposed Final Pre-Trial Order with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

/s/  Michele D. Allen
MICHELE D. ALLEN,
Assistant County Attorney
(Delaware Bar No. 4359)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
Telephone: (302)395-5130