IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORPORAL TRINIDAD NAVARRO,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **CHRISTOPHER A. COONS,** : <br> **individually and in his official capacity;** : <br> **GUY H. SAPP, individually and in his** : <br> **official capacity; and NEW CASTLE** : <br> **COUNTY, a municipal corporation,** : <br> : <br> **Defendant.** : | **C.A. No. 05-565 (GMS)** <br><br> **JURY TRIAL DEMANDED** |

## AMENDED SCHEDULING ORDER

This _____ day of _____ 2006, the Court having conducted a Pretrial Conference on November 20, 2006, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

1.  **Rule 26(a) Initial Disclosures**: To the extent necessary, the parties shall **supplement** their Rule 26 Initial Disclosures that were previously filed in this matter, on or before **January 19, 2007**.

2.  **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **April 20, 2007**.

    a.  **Discovery Matters**. Should counsel find they are unable to resolve a discovery matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court via electronic means (CM/ECF), a joint, non-argumentative letter

agenda not to exceed two(2) pages outlining the issue(s) in dispute. Should the Court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed the party seeking relief shall file with the Court a **TWO PAGE LETTER,** exclusive of exhibits, describing the issues in contention. The responding party shall file within five(5)days from the date of service of the opening letter an answering letter of no more than **TWO PAGES.** The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3)days from the date of service of the answering letter.

3. **Confidential Information and Papers filed under Seal**: Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form or order and submit it to the court. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

4. **Case Dispositive Motions.** All case dispositive motions and an opening brief and affidavits, if any, in support of the motions shall be served and filed on or before **May 4, 2007**. Briefing will be presented pursuant to the Court's Local Rules. Any request for extensions of time as set forth in this Scheduling Order must be accompanied by an explanation or your request will be denied..

5. **Pretrial Conference.** On **August 27, 2007**, the Court will hold a Pretrial Conference in Chambers with counsel beginning at **10:00 a.m.** Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the court the Joint Proposed Final Pretrial Order with the information required by the form of Final Pretrial Order. Thirty (30) days before the joint proposed pretrial order is due, plaintiff's counsel shall

forward to defendants' counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendants' counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order. The parties shall file with the Court the joint proposed final pretrial order on or before **July 23, 2007 by 5:00 p.m.**.

6. **Trial.** This matter is scheduled for a **five**-day jury trial beginning at **9:00 a.m.** on **September 10, 2007.**

7. **Scheduling.** The parties shall direct any requests or questions regarding the scheduling and management of this matter to Chambers at (302) 573-6470.

_____
Honorable Gregory M. Sleet