IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORPORAL TRINIDAD NAVARRO,** : | |
| : | |
| **Plaintiff,** : | |
| : | C.A. No. 05-565 (GMS) |
| v. : | |
| : | JURY TRIAL DEMANDED |
| **CHRISTOPHER A. COONS,** : | |
| individually and in his official capacity; : | |
| **GUY H. SAPP,** individually and in his : | |
| official capacity; and **NEW CASTLE** : | |
| **COUNTY,** a municipal corporation, : | |
| : | |
| **Defendant.** : | |
| : | |

### NOTICE OF SERVICE

I, Jeffrey K. Martin the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's Pre-Discovery Disclosures* were sent via U.S. Mail postage pre-paid on          January 18, 2007 to the following:

Jeffrey S. Goddess, Esquire
Norman M. Monhait, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070

Michele D. Allen, Esquire
Judith A. Hidlick, Esquire
Megan Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19707

MARGOLIS EDELSTEIN

_/s/ Jeffrey K. Martin_
Jeffrey K. Martin (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(303) 777-4682 fax
jmartin@margolisedelstein.com
Attorney for Plaintiff

Dated: January 22, 2007