# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-565-GMS |
| | : |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **25th** day of **January, 2007**,

IT IS ORDERED that the mediation conference scheduled for Thursday, April 26, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE