**EXHIBIT B**

124), adopted May 26, 1998.

(Ord. No. 98-050, § 2(2-124), 5-26-1998; Ord. No. 99-135, § 1, 12-14-1999)

### Sec. 2.05.105. Board of License Inspection and Review--Rules of procedure.

The Board of License Inspection and Review shall have the power to make and revise or rescind such rules as it may deem necessary or appropriate to provide an appeal procedure and otherwise conduct its affairs.

(Ord. No. 98-050, § 2(2-125), 5-26-1998)

### Division 2.05.200. Department of Public Safety.

### Sec. 2.05.201. Functions.

The Department of Public Safety shall be managed by a Director of Public Safety. The Department shall be comprised of the Division of Police, the Division of Emergency Medical Services, the Division of Emergency Communications and the Office of Emergency Management.

1. a. The Division of Police shall be supervised by a Chief of Police, who shall report to and be supervised by the Director of Public Safety. The Division of Police shall perform the following functions:

    i. Organize, administer, supervise, and discipline the police force of the County;

    ii. Enforce traffic regulations and investigate accidents;

    iii. Make legal searches, seizures, and arrests, and exercise such legal authority incident thereto;

    iv. Maintain and operate lockups for the temporary confinement of prisoners;

    v. Maintain peace, protect life, property and all other rights and liberties of the people, and do and perform all other lawfully assigned acts;

    b. The Division of Police may perform the following functions:

    i. Provide school crossing guard service in the manner and to the extent authorized by ordinance; and

    ii. Establish other functions related to public safety.

2. The Division of Emergency Medical Services shall be supervised by the Chief of Emergency Medical Services, who shall report to and be supervised by the Director of Public Safety. The Division of Emergency Medical Services shall operate an emergency medical service for individuals who become unexpectedly ill or incapacitated, to include the provision of advanced life support paramedic services.

3. The Division of Emergency Communications shall be supervised by the Chief of Emergency Communications, who shall report to and be supervised by the Director of Public Safety. The Division of Emergency Communications shall operate and maintain an integrated communications system designed to facilitate the prompt, efficient, and effective performance of its function.

 4. The Office of Emergency Management shall be supervised by a Coordinator of Emergency Management, who shall report to and be supervised by the Director of Public Safety. The Office of Emergency Management shall prepare and maintain a County comprehensive emergency operations plan and other plans as appropriate to provide guidance and direction to units of County government, and which are integrated into and coordinated with emergency management plans of the federal government, State of Delaware and politicalsubdivisions in the County.

(Ord. No. 98-050, § 2(2-131), 5-26-1998; Ord. No. 05-123, § 1, 11-22-2005)

### Sec. 2.05.202. Fire And Ambulance Advisory Board--Composition; Chairperson; fire districts.

 A. The Fire and Ambulance Board shall be composed of seven (7) members. One (1) member shall be appointed from each fire district and shall represent his or her district and may not be a full-time County employee. The Chairperson shall be one (1) of the nominees submitted from the fire districts and shall be appointed by the County Executive.

 B. The fire districts shall be composed as follows:

TABLE INSET:

| District | Stations |
|---|---|
| 1 | 22-28-20 |
| 2 | 11-25-13 |
| 3 | 12-21-8 & 9 |
| 4 | 26-24-27 |
| 5 | 19-14-16 |
| 6 | 23-30-17 |
| 7 | 18-15-29 |

(Ord. No. 98-050, § 2(2-132), 5-26-1998)

### Sec. 2.05.203. Fire and Ambulance Advisory Board--Organization; appointment; terms; Vice-chairperson; duties and powers.

 A. *Members; terms; removal; Vice-chairperson; quorum.*

  1. The members of the Fire and Ambulance Advisory Board shall be appointed by the County Executive with the advice and consent of County Council. The district members shall be appointed by the County Executive from the nominees from each district as chosen by the active fire chiefs and active presidents of each district. There shall be at least two (2) nominees submitted for each district to be represented, except that one (1) nominee may be submitted to be appointed as a representative of a district if that nominee has the support and endorsement of the active fire chiefs and active presidents from all three (3) stations in that district. Such support and endorsement shall be evidenced by a nominating petition in writing, signed by all of the active fire chiefs and active presidents and sent to the County Executive.

  2. The terms of the members shall be two (2) years.

  3. A fire company may be represented on the Fire and Ambulance Advisory Board for

**Division 26.03.500. Certification and appointment.**

### Sec. 26.03.501. Requisitions for filling vacancies.

All requisitions for the filling of vacancies shall be made on official forms as designated by the Chief Human Resources Officer and as authorized by the Finance Office and the Chief Administrative Officer.

(Ord. No. 98-047, § 1(26-231), 5-12-1998)

### Sec. 26.03.502. Anticipation of need.

A. Insofar as possible, each vacancy shall be anticipated sufficiently in advance to permit the Chief Human Resources Officer to determine who may be available for appointment and to establish an eligible list.

B. By December 1 and June 1 of each year, each department general manager shall have conducted a personnel utilization needs study of the department and shall have reported to the Chief Human Resources Officer anticipated personnel requirements for the forthcoming six (6) month period.

(Ord. No. 98-047, § 1(26-232), 5-12-1998)

### Sec. 26.03.503. Method of filling vacancies.

Vacancies shall be filled by certification from transfer lists, demotion lists, reemployment lists, promotional lists and open-competitive lists.

(Ord. No. 98-047, § 1(26-233), 5-12-1998)

### Sec. 26.03.504. Certification of eligibles.

Promotional and open-competitive candidates shall be certified from all available lists in order of their ranking. With respect to the open-competitive list, where candidates are held to be equal, preference in certification shall be given to the County resident over the non-County resident.

(Ord. No. 98-047, § 1(26-234), 5-12-1998)

### Sec. 26.03.505. Number of names to be certified.

A. When a personnel requisition is received, the Chief Human Resources Officer shall certify the top five (5) names from the promotional and open-competitive lists.

B. When multiple vacancies are to be filled from the same eligible list, the Chief Human Resources Officer shall certify the top five (5) names plus one (1) additional name in rank order from the top of the list for each additional vacancy to be filled.

(Ord. No. 98-047, § 1(26-235), 5-12-1998)