# EXHIBIT D

44

1  yet and/or -- I didn't make the presentation.  Colonel

2  McAllister did because I had nothing to do with the

3  formation of the budget.  Somebody could probably give

4  you that date when the budget presentation was made for

5  public safety.

6          But my understanding, as time went on, was

7  that the number of positions in public safety is a factor

8  in determining whether or not sufficient monies are

9  placed into the personnel line, and that the numbers are

10  only critical leading up to the passage of the budget.

11  And once the budget passes -- and I guess this is county

12  wide because, again, I still have trouble understanding

13  this way of doing business -- but that once the budget

14  passes, the numbers become immaterial and it's the money

15  that you have.  And it's based upon the money as to

16  whether or not you can over fill, over promote, whatever

17  you want to do.

18          As long as you have the money within the

19  department, you are permitted to make those kind of

20  adjustments at any point in the budget year, which is

21  what I understand occurred in December.  In the fiscal

22  year, '05, budget, there were 36 sergeants.  And the

23  colonel decided to go to 38 and promoted two additional

24  sergeants in December of '04.  The budget that passed for

45

1    '06 included 38 sergeants.

2         And by the time June 29th arrived and I

3    issued this memorandum, I had heard from many, many

4    sources, both internal and external, that the most

5    critical need in the police department, at that point,

6    was for patrol officers.  And this was given the fact

7    that we had 12 vacancies at that point in time.  We were

8    not going to start in academy until, at the earliest,

9    November or December.  And that eventually got pushed off

10   until March.  And that we could ill afford to lose more

11   patrol officers.

12        Throughout my first two or three months, the

13   CAO and I discussed this.  And my recommendation to him

14   was that, at least for the time-being, we not fill the

15   37th and 38th position.  And we were in the process of

16   attempting to secure a contract to follow up on the

17   Southern Institute Study that had been conducted in 2000.

18   It was our intent, as part of that process, to have

19   whoever won the contract look at the authorized strength

20   of the department and the strength within each of the

21   ranks in the department.  And that was the second reason

22   that I didn't feel it was appropriate to move forward

23   with the two additional positions until we had that

24   report in hand.

47

1   1st of the fiscal year.  And, at some point, it came

2   around to me.  And I said that is my intention.

3       Q.   And you communicated that intention?

4       A.   I did.

5       Q.   To the people who were --

6       A.   In attendance.

7       Q.   And they included those who stood to be promoted?

8       A.   That's correct.

9       Q.   So you made that statement to them that that was

10  your intention?

11      A.   And that was in mid May.  Exact date, I can't

12  remember now.

13      Q.   And then it was on June 29 by way of memo that

14  you decided not to make those promotions?

15      A.   After consulting with the CAO and receiving his

16  concurrence, I issued this memo saying that we would not.

17  I met with those same parties -- it wasn't everyone that

18  attended the first meeting, but I met with the same group

19  of officers in my office.  I believe it was that

20  afternoon.  I apologized for my statement in May.  I told

21  them that I had learned more information since then, that

22  it had changed the backdrop against which I had

23  originally intended to make those promotions and that, at

24  this point, would not be move forward with the additional

1          And I made that statement because, in my

2    experience with the Wilmington Police Department, in all

3    the training that I had as a sergeant and as a manager,

4    you always take responsibility for the bad news and you

5    always share the good news.  And I didn't want to leave

6    any doubt in the officer's mind in that meeting that this

7    was something that the colonel had embraced.

8          Having said that, the chief administrative

9    officer was fully aware of the memo that was going to be

10   sent out.  And I say that because when I met with him on

11   the 29th, before or after we had this discussion with

12   Allison Levine, I previewed the draft language I was

13   going to use in this memo.  And he thought that it should

14   be shorter and more succinct.  And I made those changes

15   before issuing that memo that afternoon.

16   Q.   I'm sorry.  What does this have to do with

17   Allison Levine?  I missed that.

18   A.   I'm just saying that it occurred the same day on

19   the 29th.  So at some point as we are trying to work

20   through that, we discussed the memorandum that I was

21   going to issue on the sergeants' positions.  He looked at

22   it, offered some amendments, and I incorporated those

23   amendments into the memo that was handed to Colonel

24   McAllister later that day.

50

1    Q.    As I understand it, I think you have so

2   testified -- and correct me if I'm wrong -- when you met

3   with these officers who were to find out that they were

4   not going to be promoted, at least at that point, you

5   told them that it was your decision and your decision

6   only?

7    A.    That's correct.  The message I was trying to

8   impart was that this was coming from me and not the

9   colonel.  I didn't want the colonel to, in any way, be

10  blamed for this.  He fought hard and vigorously to

11  preserve these two positions.  And it was only after what

12  I learned between joining the county April the 18th and

13  my recommendation to the CAO on June the 29th that we not

14  proceed with those two promotions, that we made the final

15  decision.  I didn't want any of the officers thinking

16  that it was their chief undercutting them.

17   Q.    As I think I understand, you met with the CAO

18  before you issued this memo.  You said he helped edit the

19  memo for you?

20   A.    That's correct.

21   Q.    And so that decision was made on June 29th; it

22  was not made before that?

23   A.    That's correct.

24   Q.    Is there any reason why Allison Levine knew about

52

1        One of the other factors that I was

2  struggling with at that point was, probably the third or

3  fourth week in, I'm told we have a $500,000 deficit in

4  the department of public safety.  And I told the colonel

5  that I was having some real problems with promoting the

6  37th and 38th sergeant until after the 1st of the fiscal

7  year because there wasn't money for it in the budget.  We

8  were broke.  We had to have a special appropriation of

9  about 500, $600,000 to get through the end of the fiscal

10  year.

11        He argued that it wasn't that much more

12  money.  And I said I understand that.  It's probably only

13  $1,500, $2,300 at most per officer.  But it's the

14  principle of the thing.  We are already $500,000 in the

15  hole.  I can't, in good conscience, promote the 37th and

16  38th sergeant until after the 1st of the fiscal year.

17        At that point, he indicated that we would

18  just wait and do all three after the 1st of the fiscal

19  year.  That happens prior to the meeting with the FOP

20  members on about the 17th or 18th, which is when we tell

21  them that the promotions will occur after the 1st of the

22  fiscal year.

23  Q.    Now, isn't it fair to say that the county was

24  paying acting sergeants during this time period?

W&F

WILCOX & FETZER LTD.
Registered Professional Reporters

1  to make sure that people were getting opportunity to move

2  about in the department, to gain experience within

3  specialized divisions and that type of thing. So I was

4  interested in and, at times, we would review with the CAO

5  those kind of personnel moves.

6      Q.    It's your testimony that the chief of police runs

7  the New Castle County Police Department?

8      A.    Yes.

9      Q.    And in that capacity, does transfers, promotions,

10 that type of thing?

11     A.    Yes.

12     Q.    Troop assignments?

13     A.    The functions that were prescribed in Title 9.

14 Now, that was the scheme up until November when an

15 ordinance was passed that delineated the responsibilities

16 and authority of the director of public safety. So all

17 that changed somewhat.

18          Prior to that, I knew that any power or

19 authority or responsibility that I had flowed through the

20 CAO. And that's one of the reasons that we were in such

21 close contact on issues, that if there was something

22 critical that I needed to do, particularly in police.

23 The same issues did not present themselves in paramedic,

24 911 or in OEM because there were not these Title 9

**W&F**

**WILCOX & FETZER LTD.**

Registered Professional Reporters