# EXHIBIT G

DIRECTIVE 34

PROMOTIONS

**Revised 01/01/04**

I. **PROFESSIONAL AND LEGAL REQUIREMENTS**

A. The Chief of Police or designee (for all promotions to the rank of lieutenant colonel, captain and major) shall assist the Personnel Department in oral and written test preparation for said promotions.

B. The Chief of Police or designee shall perform that function for promotions below the rank of captain.

C. The Chief of Police is the authority for all promotions within the Police Department.

D. All promotions shall be made from certified individuals on current promotional lists. **(34.1.1)**

E. Although the Chief of Police has overall responsibility for assisting the New Castle County Division of Human Resources, the Professional Development Section Commander shall be the liaison with that Department. **(34.1.2)**

F. The Professional Development Section Commander shall maintain a comprehensive personnel management manual containing:

   1. A current copy of the New Castle County Merit System.

   2. All County and County Police policies and procedures relating to departmental promotional issues.

   3. Manuals and procedures detailing how to accomplish the supervisory promotional evaluation.

   4. The oral interview process detailing the use of uniform questions, number of participants and makeup of boards, and process for grading candidates. **(34.1.3 d)**

   5. The oral interview rating scales and/or standardized rating form assessing a defined set of personnel attributes. **(34.1.3 d)**

   6. Provisions for extension of promotional probation.

G. As per New Castle County Code Section 12-20 and 12-75, all procedures used in the promotional process will be job related and nondiscriminatory. **(34.1.4)**

H. When written tests are to be used in the promotional process, an updated bibliography of reading materials used, as the sources of questions will be listed on the job announcement posting. New Castle County Code Section 12-71 outlines the procedure to be utilized for promotional announcements. **(34.1.3 b)**

I. The Agency will provide its employees with a written announcement of the promotional process. These announcements will be posted in the Division of Human Resources, on official bulletin boards, and in other such places as the Chief Human Resources Officer deems advisable. The postings will include:

   1. A description of the positions or job classifications for which vacancies exist;

   2. A schedule of dates, times, and locations of all elements of the process;

   3. A description of eligibility requirements; and,

   4. A description of the process to be used in selecting personnel for the vacancies. **(34.1.5)**

J. New Castle County Code states that promotion eligibility lists shall be established from which vacancies could be filled. The eligibility list is created by various testing procedures depending upon the specific position in question.

The following represents the most recent

DIRECTIVE 34 - Promotions

procedures utilized for promotions of sworn officers within the New Castle County Police, as well as the weighting of each portion, the system of ranking employees, and time in grade requirements:

1. Police Sergeant

   a. Written examination – 47.5%

   b. Oral Board Interview Examination – 47.5%. Oral Board personnel to be assigned by the Chief of Police.

   c. Satisfactory or above Performance Appraisal (34.1.6 a)

   d. Seniority Points – 5%

   e. Establishment of a final eligible list based on the combined scores, pursuant to the New Castle County Merit System. (34.1.6 b, d)

   f. Minimum qualification -- At least five years experience as a New Castle County Police Officer. (34.1.6 c)

2. Police Lieutenant

   a. Oral Board Interview Examination -- 95% -- A panel designated by the Chief of Police. (34.1.6 a)

   b. Satisfactory or above Performance Appraisal (34.1.6 a)

   c. Seniority Points – 5%

   d. Establishment of a final eligible list based on the combined scores, pursuant to New Castle County Merit System. (34.1.6 b, d)

   e. Minimum Qualification -- At least five years experience as a New Castle County Police Officer with at least one year experience in a supervisory capacity at the rank of Police Sergeant and presently serving as a Police Sergeant. (34.1.6 c)

3. Police Captain

   a. Oral Board Interview Examination -- 100% -- A panel designated by the Chief of Police (34.1.6 a)

   b. Establishment of a final eligible list based on the combined scores, pursuant to the New Castle County Merit System. (34.1.6 b)

   c. Minimum Qualification -- At least five years experience as a New Castle County Police officer with at least some experience at or above the rank of Police Lieutenant and serving presently at the rank of Lieutenant or above. (34.1.6 c)

4. Police Major

   a. Oral Board Interview Examination -- 100% -- A panel designated by the Chief of Police (34.1.6 a)

   b. Establishment of a final eligible list based on the combined scores, pursuant to the New Castle County Merit System. (34.1. 6 b)

   c. Minimum Qualification -- At least eight years of progressively responsible experience as a New Castle County Police Officer with experience in a police command capacity at the rank of Police Captain or above, and serving at the rank of Police Captain. (34.1.6 c)

5. Deputy Chief of Police

   a. Oral Board Interview Examination -- 100%. (34.1.6 a)

**DIRECTIVE 34 - Promotions**

      b. Establishment of a final eligible list based on the combined scores, pursuant to the New Castle County Merit System. **(34.1.6 b)**

      c. Minimum Qualification – At least eight years of progressively responsible experience as a New Castle County Police Officer and presently serving at the rank of Police Lieutenant or above and possession of a Bachelor's degree from an accredited college or university; or the equivalent experience, education, and rank from a nationally accredited police department. **(34.1.6 c )**

  6. Chief of Police

      a. Oral Board Interview or Assessment Center Evaluation -- 100%. **(34.1.6 a)**

      b. Establishment of a final eligible list based on the combined scores, pursuant to the New Castle County Merit System. **(34.1.6 b)**

      c. Minimum Qualification -- At least eight years of progressively responsible experience as a New Castle County Police Officer and presently serving at the rank of Police Lieutenant or above and possession of a Bachelor's Degree from an accredited college or university; or the equivalent experience, education, and rank from a nationally accredited police department. **(34.1.6 c) (34.1.3 a)**

K. "Eligibility lists shall remain in effect for a period of one year unless a new examination is held and the eligible list established prior to the expiration of the one-year period or the list is exhausted." (Section 12-89, Merit System) **(34.1.6 d)**

  1. "Eligible persons shall be certified from available ... promotional lists." (Section 12-98, Merit System) **(34.1.6 e)**

  2. "When a personnel requisition is received, the Chief of Human Resources shall certify the top five names from an eligible list as provided in Section 12-98 above." (For additional information on promotion selection, see Section 12-99, Merit system). **(34.1.6 e)**

  3. Upon selection of an individual to fill a promotional vacancy, the Division of Human Resources shall direct a letter to the individual explaining the reason or reasons for the selection.

II. **ADMINISTRATIVE PRACTICES AND PROCEDURES.**

A. Upon promotion to the rank of sergeant or lieutenant, employees shall serve a twelve- (12) month probationary period. Upon promotion to the rank of captain or higher, the employee shall serve a six- (6) month probationary period. (Section 12-118, Merit System). **(34.1.7)**

B. New Castle County has established procedures (Sections 12-79 and 12-80) for the review and appeal by employees of adverse decisions concerning their eligibility for or appointment to promotional vacancies.

  1. Section 12-79 Inspection of papers: The Chief Human Resources Officer shall keep the papers and other documents of candidates for examination available for their inspection for a period of thirty (30) days after the date of notification of test results. Each person in an examination shall be entitled to inspect their rating and examination papers, but examination papers shall not be open to the general public. Such inspection shall be permitted only during regular business hours and at the office of the Chief Human Resources Officer. The Chief Human Resources Officer may permit the extension of the period during which papers may be examined, but shall not permit the

3

**DIRECTIVE 34 - Promotions**

inspection of test papers between the time of announcements and holding another test for a similar position. (34.1.3 e)

2. Section 12-80 Correction of ratings.

"Candidates for examination may appeal to the Chief Human Resources Officer for correction of their ratings upon presentation of proof that their examinations have been incorrectly rated. If the individual is not satisfied with the decision of the Chief Human Resources Officer, they may appeal their case through the grievance process which shall make the final decision." (34.1.3 e, f)

In cases involving members of the Fraternal Order of Police the grievance process as outlined in the collective bargaining agreement between Fraternal Order of Police Lodge #5 and New Castle County shall outline the process for relief. (34.1.3 f)

3. Individuals may apply for any promotional opportunity once the position opening is re-advertised by the Division of Human Resources and the individual meets the requirements of the position.

4. At the conclusion of each promotional process, the New Castle County Division of Human Resources reviews and prepares a written report on the components of the promotional process for job relevancy, item weighting, and validity.

C. When the New Castle County Police utilizes assessment centers for promotional evaluations, the assessment center shall:

1. Measure dimensions, attributes, characteristics, qualities, skills, abilities, or knowledge specified in a written job task analysis.

2. Use multiple assessors who are thoroughly trained prior to participating in a center.

3. Use techniques designed to provide information that is used in evaluating the dimensions, attributes, or qualities previously determined.

4. Use multiple assessment techniques, one of which is a simulation.

5. Use simulation exercises that have been pre-tested prior to use to ensure that the techniques provide reliable, objective, and relevant information and that the exercises are job related.

6. Base judgements resulting in an outcome on pooled information from assessors and techniques.

7. Base overall evaluation of behavior made by assessors at a separate time from observation of behavior during the exercises.

8. Announce the dimensions to be evaluated in a written directive.

9. Use a form or forms to record and document the observations of assessors at each stage of the process.

10. Provide participants, upon request, with written rationale and information concerning the dimensions, ratings, and recommendations of the center. (34.1.3 c)

D. The New Castle County Police do not allow, at this time, lateral entry in the promotional process. (34.1.3 g)

E. New Castle County Government Human Resources Division maintains all promotional material and is responsible for its security. (34.1.3 h)

4