# EXHIBIT J

1  if anything, of the chief of police? You get budget
2  calls for 36 sergeants' positions and you make 38
3  sergeants.
4     A.    Right.
5     Q.    Is there any limitation, any constraint
6  whatsoever?
7     A.    In the past we overpromoted essentially just by
8  looking at the budget and making sure that we could
9  afford to do it, and asking for additional reqs and
10 you just, you would tell HR, "This requisition is
11 going to be in lieu of a patrol officer. We're going
12 to make it a sergeant," was sort of the --
13    Q.    And HR didn't have to clear with anybody in
14 charge of budgeting inside the county?
15    A.    I don't know what HR did. I don't. I called
16 Pat Lutz DiIenno and said, "I want to promote the 38
17 sergeants." "Okay, do you have open positions?"
18 "Yes, I do." "Okay."
19    Q.    But at some level you didn't. You only had --
20    A.    I had open patrol officer positions.
21    Q.    Oh. So you say yes, you took from her
22 question, "Do you have open positions," "Yes, I have
23 those positions."
24    A.    Yes.