IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL TRINIDAD NAVARRO,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-565 (GMS) |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| **CHRISTOPHER A. COONS,** | : | |
| individually and in his official capacity; | : | |
| **GUY H. SAPP,** individually and in his | : | |
| official capacity; and **NEW CASTLE** | : | |
| **COUNTY,** a municipal corporation, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION FOR EXTENSION OF TIME**

The parties, by and through their attorneys, hereby stipulate and agree to an extension of ten (10) days for Plaintiff to file his Answering Brief to Defendantsø Motion for Summary Judgment to June 4, 2007.

MARTIN & WILSON, P.A.                     NEW CASTLE COUNTY LAW DEPT.

By */s/ Timothy J. Wilson*                     By: */s/ Megan Sanfrancesco*
   Timothy J. Wilson (# 4323)                   Michele D. Allen, (#4359)
   1509 Gilpin Avenue                           Judith A. Hildick (#3244)
   Wilmington, DE 19806                         Megan Sanfrancesco (#3801)
   (302) 777-4680                               87 Reads Way
   *Attorney for Plaintiff*                     New Castle, DE 19720
                                                (302) 395-5130
                                                *Attorneys for New Castle County and*
                                                *Christopher A. Coons and E. Ronald Frazier*
                                                *in their Official Capacities*

                                               ROSENTHAL, MONHAIT & GODDESS, P.A.

                              By: /s/ *Jeffrey S. Goddess*
                                  Jeffrey S. Goddess (#630)
                                  919 Market St., Suite 1401
                                  P.O. Box 1070
                                  Wilmington, DE 19899
                                  (302) 656-4433Edward T. Ellis
                                  *Attorney for Christopher A. Coons and Guy H.*
                                  *Sapp in their Individual Capacities*

SO ORDERED this _____ day of May, 2007.

                                                  _____
                                                  The Honorable Gregory M. Sleet