# MARTIN & WILSON, P.A.
*Workplace Advocates*
1509 Gilpin Avenue
Wilmington, DE  19806

| | |
|---|---|
| Jeffrey K. Martin, Esquire* | Telephone:  (302)  777-4681 |
| Timothy J. Wilson, Esquire* | Facsimile:  (302)  777-5803 |
| *Licensed in DE, PA and NJ* | twilson@martinandwilson.com |

May 11, 2007

The Honorable Gregory M. Sleet
U.S. District Court of Delaware
844 N. King Street, Lock Box 19
Wilmington, DE  19801

      **RE:**   *Navarro v. Coons, et. al*
              C.A. No. 05-565 (GMS)

Dear Judge Sleet:

      This letter is submitted in support of the partiesø stipulation to extend the date upon which Plaintiff must file his Answering Brief by ten (10) days that was filed with the Court on May 10, 2007.

      The reason for this request stems from Mr. Martin and I severing our association with our former law firm, Margolis Edelstein, and forming Martin & Wilson, P.A. on April 1, 2007.  Due to the formation of this new endeavor, our time continues to be consumed by various and seemingly never ending start-up issues.  In addition, we are presently in the midst of litigation with Margolis Edelstein in the Pennsylvania Court of Common Pleas over issues arising from the breakup.  Finally, we are finalizing plans to move our offices from Gilpin Avenue to 1508 Pennsylvania Ave.  In short, we are struggling to tend to our business matters, some of which are crucial to the survival of our law firm, all the while serving the interests of our clients.

      Counsel is available to discuss this matter with Your Honor if you so desire.

                                                                   Respectfully yours,

                                                               */s/ Timothy J. Wilson*

                                                              **TIMOTHY J. WILSON**

TJW:njj

    cc:    Clerk of the Court (by e-file only)
             Megan Sanfrancesco, Esquire
             Judith Hildick, Esquire
             Michele Allen, Esquire

Jeffrey Goddess, Esquire