**EXHIBIT E**

1   Q.  Were you ever told to not recommend a promotion
2   of Trinidad Navarro?
3   A.  No.
4   Q.  By Guy Sapp or David Singleton or Chris Coons?
5   A.  No.
6           MR. GODDESS:  I have nothing further.
7           MS. SANFRANCESCO:  No questions.
8   BY MR. MARTIN:
9   Q.  I just have a couple of follow-ups, if I may.
10          First, Colonel, let me ask you, is the
11  department paying officers on patrol to be actors?
12  A.  There's occasions, yes.
13  Q.  Can you explain what that means for my worthy
14  opponent over here?
15          MR. GODDESS:  Off the record.
16          (Discussion held off the record.)
17          THE WITNESS:  An actor, not to be confused
18  with any type of theatrical, is an acting sergeant,
19  and of course in the police world we have to make
20  different names up for everything.  So an actor,
21  acting sergeant comes up when there's a supervisor
22  that is off for any given reason and there is a need
23  to fill that position in a section of the county.
24  BY MR. MARTIN:

