**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

**WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Assistant County Attorney Michele D. Allen as attorney for the Defendants.

                                                      NEW CASTLE COUNTY LAW DEPARTMENT

DATED: June 8, 2007

                                                  /s/   *Michele D. Allen*
                                              MICHELE D. ALLEN,
                                              Assistant County Attorney
                                              (Delaware Bar No. 4359)
                                              New Castle County Law Department
                                              87 Reads Way
                                              New Castle, DE 19720
                                              Telephone: (302)395-5130

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Michele D. Allen, Assistant County Attorney hereby certify that on June 8, 2007, I electronically filed the foregoing Withdrawal of Appearance with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

    /s/   *Michele D. Allen*
MICHELE D. ALLEN,
Assistant County Attorney
(Delaware Bar No. 4359)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
Telephone: (302)395-5130