**Christopher A. Coons**
County Executive



**Gregg E. Wilson**
County Attorney

## OFFICE OF LAW

July 23, 2007

*<u>Via Electronic Filing</u>*
The Honorable Gregory M. Sleet
United States District Court for
   The District of Delaware
844 North King Street
Wilmington, DE 19801

      RE:   *Navarro v. Coons, et al.*
              C.A. No. 05-565 (GMS)

Dear Judge Sleet:

     Attached please find Defendants' Trial Brief for the above-captioned matter. Please note that at the time of filing, plaintiff did not provide a trial brief or verdict form and as such, defendants were unable to review same and make appropriate objections. Therefore, defendants respectfully request the opportunity to supplement defense documents accompanying the Joint Proposed Pretrial Order in order to address any issues or objections related to Plaintiff's trial brief or verdict form prior to the pre-trial conference.

                                    Respectfully,

                                      */s/ Megan Sanfrancesco*
                                      Megan Sanfrancesco
                                      First Assistant County Attorney
                                      (DE Bar I.D. No. 3801)

MS/sld

    cc:     Judith A. Hildick, First Assistant County Attorney
              Jeffrey S. Goddess, Esquire
              Jeffrey K. Martin, Esquire
              Timothy J. Wilson, Esquire