IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Megan Sanfrancesco, First Assistant County Attorney hereby certify that on July 23, 2007, I electronically filed the following documents:

Letter to the Hon. Gregory M. Sleet

Defendants' Trial Brief

with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jeffrey K. Martin, Esquire
Timothy Wilson, Esquire
Martin and Wilson
1509 Gilpin Avenue
Wilmington, DE 19806

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

     /s/    *Megan Sanfrancesco*
MEGAN SANFRANCESCO,
First Assistant County Attorney
(Delaware Bar No. 3801)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
Telephone:  (302)395-5130