Schedule (2)(c)(1)
Defendants' Exhibits[1]

| Defendants' Exhibit No. | Description | Plaintiff's Basis for Objection | Defendants' Response to Objection |
|---|---|---|---|
| D1 | 2004 Sergeant Posting, Bates No. D1023-D1024 | | |
| D2 | New Castle County Merit System Manual, Bates Nos. D0097-D0189 | | |
| D3 | New Castle County Police Directive 32, Bates Nos. D0006 – D0010 | | |
| D4 | New Castle County Police Directive 34, Bates Nos. D0011 – D0014 | | |
| D5 | New Castle County Police Directive 54, Bates Nos. D0381 –D0383 | | |
| D6 | New Castle County Operating Budget 2006 Bates Nos. D0190-D0380 | | |
| D7 | Substitute No. 1 to New Castle County Budget Ordinance 05-038, Bates Nos. D1397-D1409 | | |
| D8 | Dec. 1, 2004 Eligible List, Bates No. D2045-D2048 | | |
| D9 | Memo from Marge Ellwein dated May 20, 2005, Bates No. D1011-D1012 | | |
| D10 | 2003 Results Letter, Bates No. D0438 | Plaintiff objects - F.R.E., 402 | Personnel records documenting the NCCPD |

---

[1] BY DEFENDANTS: In addition, Defendants reserve the right to use documents previously identified by Plaintiff as Exhibits.

| | | | career of plaintiff and the comparators are the most relevant and probative evidence available in a promotion case. |
|---|---|---|---|
| D11 | December 5, 2005 Memo from McLaren to Crowell, Bates Nos. D1061-D1069 **NOTE: PENDING MOTION IN LIMINE** | | |
| D12 | 2006 Promotional Posting, Bates No. D1021-D1022 | | |
| D13 | Memo from McAllister dated May 10, 2005, Navarro Deposition Exhibit 1 | | |
| D14 | 2004 Sergeant Class Spec., Bates No. D1025-D1026 | | |
| D15 | Memo to Guy H. Sapp from David McAllister dated 6/27/05, Bates No. D1013 | | |
| D16 | Plaintiff's test results - Sergeant Exam 1996 - Bates Nos. 0531-0532. | | |
| D17 | Plaintiff's test results - Sergeant Exam 1998 - Bates Nos. D0490-D0491 | Plaintiff objects – F.R.E., 402 | Personnel records documenting the NCCPD career of plaintiff and the comparators are the most relevant and probative evidence available in a promotion case. |
| D18 | Plaintiff's test results - Sergeant Exam 1999 - Bates Nos. D0466-D0467 | Plaintiff objects – F.R.E., 402 | Personnel records documenting the NCCPD career of plaintiff and the comparators are the most relevant and probative |

| | | | |
|---|---|---|---|
| D19 | Plaintiff's test results - Sergeant Exam 2000 - Bates Nos. D0479-D0480 | Plaintiff objects – F.R.E., 402 | evidence available in a promotion case. Personnel records documenting the NCCPD career of plaintiff and the comparators are the most relevant and probative evidence available in a promotion case. |
| D20 | Plaintiff's test results - Sergeant Exam 2001 - Bates Nos. D0459-D0460 | Plaintiff objects – F.R.E., 402 | Personnel records documenting the NCCPD career of plaintiff and the comparators are the most relevant and probative evidence available in a promotion case. |
| D21 | Plaintiff's test results - Sergeant Exam 2003 - Bates Nos. D0435-D0436 | Plaintiff objects – F.R.E., 402 | Personnel records documenting the NCCPD career of plaintiff and the comparators are the most relevant and probative evidence available in a promotion case. |
| D22 | Plaintiff's test results - Sergeant Exam 2004 - Bates Nos. D0400-D0401 | Plaintiff objects – F.R.E., 402 | Personnel records documenting the NCCPD career of plaintiff and the comparators are the most relevant and probative evidence available in a promotion case. |
| D23 | Police Requisition, Bates No. D1028 | | |
| D24 | Police Requisition, Bates No. D1032 | | |
| | Police Requisition, Bates No. | | |

| | |
|---|---|
| D25 | D1033 |
| D26 | Police Requisition, Bates No. D1034 |
| D27 | Police Requisition, Bates No. D1035 |
| D28 | Police Requisition, Bates No. D1036 |
| D29 | Police Requisition, Bates No. D1037 |
| D30 | Police Requisition, Bates No. D1040-D1041<br>**NOTE: PENDING MOTION IN LIMINE** |
| D31 | Police Requisition, Bates No. D1029-D1030<br>**NOTE: PENDING MOTION IN LIMINE** |
| D32 | |
| D33 | |
| D34 | |
| D35 | |
| D36 | |
| D37 | |
| D38 | |
| D39 | |
| D40 | |
| D41 | |
| D42 | |
| D43 | |