## Schedule (2)(d)
## Defendants' Potential Witnesses[1]

**(w) indicates witness *will* be called in the absence of reasonable notice to opposing counsel to the contrary**
**(m) indicates witness *may* be called as a possibility only**

1. (w) Cpl. Trinidad Navarro
2. (w) Patricia Lutz Dilenno
3. (w) Donna McCullen
4. (w) Lt. Col. W. Scott McLaren
5. (m) David DelGrande
6. (w) Margaret Ellwein
7. (w) David McAllister
8. (w) Lt. Matthew Jamison
9. (w) Christopher Coons
10. (w) Guy H. Sapp
11. (w) David Singleton
12. (w) Allison Taylor-Levine
13. (w) Michael Strine
14. (m) Richard Przywara
15. (m) Capt. Mark Hitch
16. (m) Capt. Deborah Rees
17. (m) Major James Hedrick (ret.)
18. (m) Capt. Quinton Watson

---

[1] Defendants reserve the right to call any witness identified by Plaintiff.

19. (m) Elizabeth Petrick

20. (m) Captain Elmer Setting

21. (m) Major Stewart Snyder

22. (m) Wendy Feeser

23. (m) Patricia Davies

24. (m) Richard Dunning

25. (m) L. Rob Joseph

26. (m) Joseph Trala

27. (m) John Treadwell

28. (m) Joseph Lavelle