## Schedule (2)(d)
## Plaintiff's Potential Witnesses[1]

**(w) indicates witness *will* be called in the absence of reasonable notice to opposing counsel to the contrary**
**(m) indicates witness *may* be called as a possibility only**

(1)   Christopher Coons (w)
(2)   Christy Gleason (w)
(3)   Tom Gordon (w)
(4)   Lynn Howard (w)
(5)   Allison Taylor Levine (w)
(6)   Guy Sapp (w)
(7)   David Singleton (w)
(8)   David McAllister (w)
(9)   James Hedrick (w)
(10)  Wendy Hudson (w)
(11)  Bob Larrimore (w)
(12)  Wm. Scott McLaren (w)
(13)  Paul Neill (m), Sergeant
(14)  Bruce Pinkett (m)
(15)  Robert Schreiber (m)
(16)  Elmer Setting
(17)  (w) Stuart Snyder (w)
(18)  Dan Yeager (m)
(19)  David Baylow (m)

---

[1] Plaintiff reserves the right to call any witness identified by Defendants.