**Defendants' Schedule 2(i)(ii)**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER A. COONS, | : | |
| individually and in his official capacity; | : | |
| GUY H. SAPP, individually and in his | : | |
| official capacity; and NEW CASTLE | : | |
| COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' PROPOSED VERDICT FORM[1]

1. Do you find that plaintiff has proven by a preponderance of the evidence that a defendant took adverse action against him?

    (a) Christopher A. Coons    Yes _____   No _____

    (b) Guy H. Sapp    Yes _____   No _____

    *If you answered "Yes" to Question 1(a), proceed to question 2(a)*

    *If you answered "Yes" to Question 1(b), proceed to question 2(b)*

    *If you answered "No" to both questions 1(a) and 1(b), sign and date this verdict form below, and have the foreperson give the form to the Deputy Clerk.*

2. Do you find that plaintiff has proven by a preponderance of the evidence that his protected political association under the First Amendment was a substantial or motivating factor in a defendant's decision to take adverse action against him?

    (a) Christopher A. Coons    Yes _____   No _____

    (b) Guy H. Sapp    Yes _____   No _____

---

1 Subject to change pending Court's ruling on Defendants' Motion for Summary Judgment.

*If you answered "Yes" to Question 2(a), proceed to question 3(a)*

*If you answered "Yes" to Question 2(b), proceed to question 3(b)*

*If you answered "No" to both questions 2(a) and 2(b), sign and date this verdict form below, and have the foreperson give the form to the Deputy Clerk.*

3. Do you find that defendants have proven by a preponderance of the evidence that they would have taken the same action even in the absence of plaintiff's exercise of his right to freedom of political association?

   (a) Christopher A. Coons      Yes _____   No _____

   (b) Guy H. Sapp               Yes _____   No _____

   *If you answered "Yes" to Question 3(a), proceed to question 4(a)*

   *If you answered "Yes" to Question 3(b), proceed to question 4(b)*

   *If you answered "No" to both questions 3(a) and 3(b), sign and date this verdict form below, and have the foreperson give the form to the Deputy Clerk.*

4. Was the adverse action taken against plaintiff by a defendant the proximate cause of any damage to him?

   (a) Christopher A. Coons      Yes _____   No _____

   (b) Guy H. Sapp               Yes _____   No _____

   *If you answered "Yes" to Question 4(a), proceed to question 5(a)*

   *If you answered "Yes" to Question 4(b), proceed to question 5(b)*

   *If you answered "No" to both questions 4(a) and 4(b), sign and date this verdict form below, and have the foreperson give the form to the Deputy Clerk.*

5. What damages, if any, do you find that plaintiff suffered as a result of the adverse action taken against him?

(a) Lost earnings or other benefits _____

(b) Emotional distress or mental suffering damages _____

*Proceed to Question 6*

6. If you find that Christopher A. Coons acted maliciously or wantonly with regard to plaintiff, what amount of punitive damages, if any, do you believe is appropriate?

   Amount of punitive damages: _____

   *Proceed to Question 7.*

7. If you find that Guy H. Sapp acted maliciously or wantonly with regard to plaintiff, what amount of punitive damages, if any, do you believe is appropriate?

   Amount of punitive damages: _____

   *Sign and date this verdict form below, and have the foreperson give the form to the Deputy Clerk.*

## THE FOREGOING IS THE VERDICT OF THE JURY
## EACH JUROR MUST SIGN BELOW

_____       _____
FOREPERSON                            JUROR

_____       _____
JUROR                                 JUROR

_____       _____
JUROR                                 JUROR

_____       _____
JUROR                                 JUROR

Dated: September ___, 2007