IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-565 (GMS) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| CHRISTOPHER A. COONS, | : |
| individually and in his official capacity; | : |
| GUY H. SAPP, individually and in his | : |
| official capacity; and NEW CASTLE | : |
| COUNTY, a municipal corporation, | : |
| | : |
| Defendant. | : |

## NOTICE OF MOTION

TO:

Jeffrey S. Goddess, Esquire
Norman M. Monhait, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 Market Street
P.O. Box 1070
Wilmington, DE 19899-1070

Michele D. Allen, Esquire
Judith A. Hidlick, Esquire
Megan Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19707

**PLEASE TAKE NOTICE**, that the attached *Plaintiff's Response to Defendants' Motion in Limine* will be heard at the convenience of the court.

MARTIN & WILSON, P.A.

Jeffrey K. Martin, Esquire (I.D. #2407)
Timothy J. Wilson, Esquire (I.D. #4323)
1508 Pennsylvania Avenue
Wilmington, DE 19806
Attorneys for Plaintiff

Dated: August 8, 2007