Mahon\ark\S:\Admin\Pre-Trial\ord\dsc\Hercules v Gruner 04-07801.KMB.doc

RECEIVED
AUG 0 8 2007

| | |
|---|---|
| HERCULES INCORPORATION,<br>a Delaware Corporation | : IN THE COURT OF COMMON PLEAS<br>: CHESTER COUNTY, PENNSYLVANIA |
| vs. | : CIVIL ACTION - LAW |
| LUC GRUNER and<br>LEOPOLDINE GRUNER, h/w | : NO. 04-07801 |

Janis L. Wilson, Esquire, Attorney for Plaintiff.
Jeffrey K. Martin, Esquire, Attorney for Defendants.

## ORDER

AND NOW, this 2nd day of August, 2007, upon consideration of Plaintiff's Motion to Compel Depositions and no response thereto, it is hereby ORDERED and DECREED that Luc Gruner and Leopoldine Gruner shall appear for and participate in depositions in this matter within thirty (30) days of the date this Order is docketed.[1]

BY THE COURT:

_____
WILLIAM P. MAHON            J.

---

[1] C.C.R.C.P. 4007.1.A states: "In the absence of an agreement of the parties pursuant to Pa.R.C.P. 4002, or an order of the court upon cause shown, depositions in all cases shall be held in Chester County."

04-07801    HERCULES INCORPORATED   V. LUC GRUNER ET AL

JEFFREY K MARTIN, ESQUIRE
LAW OFFICES OF JEFFREY MARTIN
1525 DELWARE AVE
WILMINGTON, DE 19806

**The enclosed order has been entered by the Court and filed with the Prothonotary's Office. Copies have been sent to attorneys whose appearances have been entered and to unrepresented parties. If you are a party to this action and have representation, give this notice and order to your attorney.**

