IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : : : : : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of First Assistant County Attorneys Megan Sanfrancesco and Judith Hildick as attorneys for Defendants Coons and Sapp, in their individual capacities.

NEW CASTLE COUNTY LAW DEPARTMENT

/s/   Megan Sanfrancesco
MEGAN SANFRANCESCO
First Assistant County Attorney
(I.D. No. 3801)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302)395-5130

/s/ Judith Hildick
JUDITH HILDICK
First Assistant County Attorney
(I.D. No. 3244)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302)395-5130

DATED: September 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Judith A. Hildick, First Assistant County Attorney hereby certify that on September 5, 2007, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Jeffrey K. Martin, Esquire
>Martin & Wilson
>1508 Pennsylvania Avenue
>Wilmington, DE 19806

>Jeffrey S. Goddess, Esquire
>Rosenthal, Monhait, Gross & Goddess
>919 Market Street, Suite 1401
>P.O. Box 1070
>Wilmington, DE 19899-1070

>/s/ Judith A. Hildick
>JUDITH A. HILDICK
>Assistant County Attorney
>(Delaware Bar No. 3244)
>New Castle County Law Department
>87 Reads Way
>New Castle, DE 19720
>Telephone: (302)395-5130