Christopher A. Coons
County Executive



Gregg E. Wilson
County Attorney

## OFFICE OF LAW

September 5, 2007

The Honorable Gregory M. Sleet
U.S. District Court of Delaware
844 N. King Street, Lock Box 19
Wilmington, DE 19801

    RE:    *Navarro v. Coons, et al.*
             C.A. No. 05-565 (GMS)

Dear Judge Sleet:

    Please be advised that undersigned counsel have filed an Entry of Appearance for Defendants Coons and Sapp in the above-captioned matter. As counsel for the County, we have done a large part of the preparation for the trial that is scheduled to begin next week and it would be prejudicial to the individual defendants to deprive them of the trial preparation that we have conducted thus far. In addition, the Court has requested that the County actively participate in the mediation of this matter.

    We have contacted plaintiff's counsel and have been advised of his objection to this request. Counsel is available to discuss this matter with Your Honor at your convenience.

                                    Respectfully,

                                    JUDITH A. HILDICK
                                    First Assistant County Attorney (# 3244)

                                  MEGAN SANFRANCESCO
                                  First Assistant County Attorney (# 3801)

cc:    Jeffrey K. Martin, Esq. (via e-filing)
        Timothy J. Wilson, Esq. (via e-filing)
        Jeffrey S. Goddess, Esq. (via e-filing)
        Clerk of the Court (via e-filing)

87 READ'S WAY, NEW CASTLE, DE 19720        PHONE: 302-395-5130        FAX: 302-395-5150