

JEFFREY K. MARTIN, ESQUIRE*

TIMOTHY J. WILSON, ESQUIRE*

*LICENSED IN DE, PA AND NJ

1508 PENNSYLVANIA AVENUE
WILMINGTON, DE 19806
TELEPHONE (302) 777-4681
FACSIMILE (302) 777-5803
WWW.MARTINANDWILSON.COM

WRITER'S E-MAIL: JMARTIN@MARTINANDWILSON.COM

August 31, 2007

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    RE:    **NAVARRO V. COONS, ET AL.**
             **C.A. No. 05-565(GMS)**

Dear Chief Judge Sleet:

    I am writing to request leave of Court to file Plaintiff's Trial Brief. This brief was inadvertently not filed with the balance of Plaintiff's pretrial submissions on July 23, 2007.

    Judith Hildick, Esquire objects to Plaintiff's late filing of same. I have contacted Jeffrey Goddess, Esquire on behalf of Defendants Coons and Sapp. While I have not heard back from Mr. Goddess, it may be reasonably anticipated that Mr. Goddess will similarly object to Plaintiff's late filing of the Trial Brief.

    The Pretrial Conference in this matter is scheduled before Your Honor on Tuesday, September 4, 2007 at 10:15 a.m.

                                                                  Respectfully submitted,

                                                                  JEFFREY K. MARTIN

cc:    Judith Hildick, Esquire
        Jeffrey S. Goddess, Esquire