ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

September 6, 2007

**VIA ELECTRONIC FILING**

The Hon. Gregory M. Sleet
United States District Judge
U.S. District Court for the District of Delaware
844 North King Street, Room 4234
Wilmington, Delaware 19801

>        RE:   *Navarro v. Coons et al.*;
>              **C.A. No. 05-565 GMS**

Dear Chief Judge Sleet:

Defendants have today filed a Motion in Limine to exclude any testimony by Plaintiff or his witnesses regarding Plaintiff's support of or relationship with Tom Gordon or Sherry Freebery as being the basis for Defendants' alleged retaliation. Upon finally receiving Plaintiff's Trial Brief which was filed yesterday, it appears that Plaintiff proposes to pursue this as a main theme at trial.

Defendants submit that this is a new theory which comes too late. Had Defendants timely received Plaintiff's trial brief in late July, this motion would have been filed along with Defendants' previous motion in limine included with the pretrial order.

Counsel is available at Your Honor's convenience regarding this matter.

Respectfully submitted,

Jeffrey S. Goddess (No. 630)

JSG/cmw
cc:   Jeffrey K. Martin, Esquire
      Timothy J. Wilson, Esquire
      Judith A. Hildick, Esquire
      Megan Sanfrancesco, Esquire
      Clerk, U.S. District Court