IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER A. COONS, ) <br> individually and in his official ) <br> capacity; GUY H. SAPP, individually ) <br> and in his official capacity; and ) <br> NEW CASTLE COUNTY, a ) <br> municipal corporation, ) <br> ) <br> Defendants. ) | C.A. No. 05-565 (GMS) |

**NOTICE OF APPEAL**

NOTICE is hereby given that CHRISTOPHER A. COONS and GUY H. SAPP, defendants in the above-captioned action, hereby appeal to the United States Court of Appeals for the Third Circuit from the oral order announced by The Honorable Gregory M. Sleet in a pretrial conference held on September 4, 2007, wherein the Court announced that it was denying these defendants' motion for summary judgment which had been based on qualified immunity. (Denial of a motion for summary judgment based on qualified immunity is immediately appealable under the collateral-order doctrine.)

It may be noted that the Court did state at the time that it was denying summary judgment that a written opinion would follow. However, trial is to commence on September 11, 2007, and no opinion has been received to the point of this filing.

> /s/ Jeffrey S. Goddess
> _____
> Jeffrey S. Goddess (No. 630)
> Rosenthal, Monhait & Goddess, P.A.
> Suite 1401, 919 Market Street
> P. O. Box 1070
> Wilmington, DE 19899-1070
> (302) 656-4433
>
> Megan Sanfrancesco (No. 3801)
> Judith A. Hildick (No. 3244)
> New Castle County Law Department
> 87 Reads Way
> New Castle, DE 19720
> (302) 395-5130
> msanfrancesco@nccde.org
> jahildick@nccde.org
>
> *Attorneys for Defendants Coons and Sapp*