IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER A. COONS, | : | C.A. No. 05-565 GMS |
| individually and in his official capacity; | : | |
| GUY H. SAPP, individually and in his | : | |
| official capacity; and NEW CASTLE | : | |
| COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

**MOTION FOR STAY**

Christopher A. Coons and Guy H. Sapp, hereby move for a stay of proceedings following and in connection with their having filed a Notice Of Appeal in this matter. Their appeal of the denial of qualified immunity in this civil rights case under the collateral order doctrine places the matter of whether they have immunity from trial in the jurisdiction of the Third Circuit Court of Appeal, and inasmuch as they are the sole defendants, it is respectfully submitted that a stay of the trial is appropriate.

_____
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE  19899-1070
(302) 656-4433
jgoddess@rmgglaw.com

Megan Sanfrancesco (No. 3801)
Judith A. Hildick (No. 3244)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
(302) 395-5130
msanfrancesco@nccde.org
jahildick@nccde.org

*Attorneys for Defendants*