**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

September 6, 2007

**VIA ELECTRONIC FILING / HAND DELIVERY**

The Hon. Gregory M. Sleet
United States District Judge
U.S. District Court for the District of Delaware
844 North King Street, Room 4234
Wilmington, Delaware 19801

    RE: *Navarro v. Coons et al.*;
         C.A. No. 05-565 GMS

Dear Chief Judge Sleet:

    This afternoon I have filed a Notice Of Appeal on behalf of defendants Coons and Sapp. In accordance with Third Circuit LAR 3.1, a copy of that Notice is enclosed.

    It was made clear at the pretrial conference that a written opinion would follow, and I so noted on the Notice Of Appeal. Consistent with LAR 3.1, I anticipate determining whether to still go forward with the appeal after receipt of said opinion.

    I have also filed a Motion For Stay, a copy of which is also enclosed.

    Lastly, I filed the appeal which we believed necessary to protect our individual clients' interests. However, we remain prepared to appear for mediation on Monday morning in accordance with the Court's previous instructions.

    Of course counsel will make themselves available immediately at Your Honor's convenience regarding this matter.

Respectfully submitted,

Jeffrey S. Goddess (No. 630)

JSG/cmw
Enclosures
cc:    Jeffrey K. Martin, Esquire
        Timothy J. Wilson, Esquire
        Judith A. Hildick, Esquire
        Megan Sanfrancesco, Esquire
        Clerk, U.S. District Court