IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-565 (GMS) |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CHRISTOPHER A. COONS; and GUY H. SAPP, | : | |
| | : | |
| Defendants. | : | |

### ORDER

Upon consideration of the Plaintiff's Motion to Strike Appearances and Supplement to Plaintiff's Motion to Strike Appearances and any opposition thereto, this _____ day of _____, 2006, it is hereby,

ORDERED, that the Plaintiff's to Strike Appearances is GRANTED.

_____
Judge Gregory M. Sleet
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE