IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Judith A. Hildick, First Assistant County Attorney hereby certify that on September 10, 2007, I electronically filed Defendants "Response to Motion to Strike Appearance" with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jeffrey K. Martin, Esquire
Timothy Wilson, Esquire
Martin and Wilson
1508 Pennsylvania Avenue
Wilmington, DE 19806

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

   /s/   *Judith A. Hildick*
JUDITH A. HILDICK
First Assistant County Attorney
(Delaware Bar No. 3244)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
Telephone: (302)395-5130