IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL TRINIDAD NAVARRO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER COONS, et al., )<br>)<br>Defendants. )<br>) | C.A. No. 05-565 GMS |

## **ORDER**

At Wilmington this 10th day of September, 2007, having reviewed and duly considered the plaintiff's motion to strike the appearances of Megan Sanfrancesco ("Sanfrancesco") and Judith Hildick ("Hildick") as counsel for the defendants;

IT IS ORDERED that the plaintiff's motion to strike (D.I. 126) is DENIED. The plaintiff's motion assumes that a current conflict or situation of dual representation exists. No current conflict or dual representation exists here, however, because the court has dismissed New Castle County from the lawsuit. Should the issue of dual representation or a conflict of interest arise in the future, the court and the parties will discuss the appropriate remedy or remedies at that time.

        /s/Gregory M. Sleet
    CHIEF, UNITED STATES DISTRICT JUDGE