**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 7-3640</u>

Navarro

vs.

Coons, et al.

Christopher A. Coons, et al, Appellants

(Delaware District Civil No. 05-cv-00565)

O R D E R

    In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

                                        Clerk
                                        United States Court of Appeals
                                        for the Third Circuit

Date: September 18, 2007

cc:     Jeffrey S. Goddess, Esq.
        Megan K. Sanfrancesco, Esq.
        Judith A. Hildick, Esq.
        Gregg E. Wilson, Esq.
        Jeffrey K. Martin, Esq.
        Timothy J. Wilson, Esq.   A True Copy:

                                                        Marcia M. Waldron, Clerk