OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

Clerk of District Court
(District of  DELAWARE**)**

Date  **September  18,  2007**

**Navarro vs. Coons**
(Caption)

Appeal No.    **07-3640**

**Christopher A. Coons & Guy H. Sapp**
( Appellants)

**05-cv-00565**
( D.C. Docket No. )

Enclosures:

**September  18,  2007**  Certified copy of C. of A.  Order by the Court.

_____  We release the certified list .

_____  Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not released at this time until appeal(s) closed at No.(s)_____

_____  Please forward Certified List in Lieu of Record to this office.

_____  The certified copy of order issued as the mandate on_____ is RECALLED.

**Carolyn Hicks     (267)-299-4926**
Deputy Clerk     Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

R:\2007\3640\clkltr091807.wpd