## EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this ACTION is hereby dismissed with prejudice and on the merits as to the remaining defendant NEW CASTLE COUNTY and without awarding costs, disbursements, or attorney's fees to any party, with each party to bear his or her own costs and attorneys' fees.

_____    9/25/07
Jeffrey K. Martin, Esq.              Dated
Timothy Wilson, Esq.
*Martin and Wilson*
1508 Pennsylvania Avenue
Wilmington, DE 19806
Attorneys for Plaintiff

_____    9/26/07
Gregg Wilson, Esquire (No. 85)      Dated
County Attorney
*New Castle County Law Department*
87 Reads Way
New Castle, DE
Attorney for New Castle County