# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Megan Sanfrancesco, First Assistant County Attorney hereby certify that on September 27, 2007, I sent copies via U.S. Mail postage prepaid to counsel as follows as well as electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Jeffrey K. Martin, Esquire
>Tim Wilson, Esquire
>Martin and Wilson
>1508 Pennsylvania Avenue
>Wilmington, DE 19806
>
>Jeffrey S. Goddess, Esquire
>Rosenthal, Monhait, Gross & Goddess
>919 Market Street, Suite 1401
>P.O. Box 1070
>Wilmington, DE 19899-1070

>    /s/   *Megan Sanfrancesco*
>MEGAN SANFRANCESCO,
>First Assistant County Attorney
>(Delaware Bar No. 3801)
>New Castle County Law Department
>87 Reads Way
>New Castle, DE 19720
>Telephone: (302)395-5130