IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, individually and in his official capacity; GUY H. SAPP, individually and in his official capacity; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

**PARTIAL STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED that this ACTION is hereby dismissed with prejudice and on the merits as to defendants Christopher A. Coons and Guy H. Sapp, individually and in their official capacities and without awarding costs, disbursements, or attorney's fees to any party, with each party to bear his or her own costs and attorneys' fees.

    MARTIN & WILSON:

*/s/ Jeffrey K. Martin*
Jeffrey K. Martin, Esquire (I.D. No. 2407)
Timothy J. Wilson (I.D. No. 4323)
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681

DATED: September 19, 2007      *Attorneys for Plaintiff Trinidad Navarro*

NEW CASTLE COUNTY – LAW DEPARTMENT

*/s/ Megan Sanfrancesco*
Judith A. Hildick, Esquire (I.D. No. 3244)
Megan K. Sanfrancesco, Esquire (I.D. No. 3801)
87 Reads Way
New Castle County, Delaware 19720
(302) 395-5130

DATED: September 19, 2007      *Attorneys for Defendants*

- and -

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess, Esquire (I.D. No. 630)
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

DATED: September 19, 2007

*Attorney for Defendants Christopher A. Coons and Guy H. Sapp, in their individual capacities*

- and -

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess, Esquire (I.D. No. 630)
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

DATED: September 19, 2007

*Attorney for Defendants Christopher A. Coons and Guy H. Sapp, in their individual capacities*