**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORPORAL TRINIDAD NAVARRO, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-565 GMS |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHRISTOPHER A. COONS, | : | |
| individually and in his official capacity; | : | |
| GUY H. SAPP, individually and in his | : | |
| official capacity; and NEW CASTLE | : | |
| COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Megan Sanfrancesco, First Assistant County Attorney hereby certify that on September 27, 2007, I sent copies via U.S. Mail postage prepaid to counsel as follows as well as electronically filed the foregoing Partial Stipulation of Dismissal with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jeffrey K. Martin, Esquire
Tim Wilson, Esquire
Martin and Wilson
1508 Pennsylvania Avenue
Wilmington, DE 19806

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

    /s/   *Megan Sanfrancesco*
MEGAN SANFRANCESCO,
First Assistant County Attorney
(Delaware Bar No. 3801)
New Castle County Law Department
87 Reads Way
New Castle, DE 19720
Telephone: (302)395-5130